FILED
FEB 28 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY JAMES MOORE )
22547 NORTH DAKOTA )
STATE PENITENTIARY )
BISMARCK, NORTH DAKOTA 50506 )

(Enter your full name, prison number and address)

CASE NUMBER 1:06CV00362

JUDGE: Unassigned

DECK TYPE: Pro se General Civil

DATE STAMP: 2/28/2006

v.

THE NATIONAL DNA )
INDEX SYSTEM AND )
DIRECTOR - THE FEDERAL )
BUREAU OF INVESTIGATION )
AND THE DIRECTOR )

(Enter the full name and address(es), if know, of the defendant(s) in this action)

THE UNITED STATES DEPARTMENT OF JUSTICE AND DIRECTOR AND PRISCILLA JONES OF THE OFFICE OF INFORMATION AND PRIVACY-SUING ALL DEFENDANTS IN THEIR OFFICIAL AND INDIVIDUAL CAPACITIES

CASE RE-ASSIGNED
AUG 17 2006
TO: SULLIVAN, J. EGS

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

Instructions for filing a Complaint by a Prisoner
Under the Civil Rights Act, 42 U.S.C. § 1983

This packet contains one copy of a complaint form and one copy of an application to proceed *in forma pauperis*. To start an action, you must file an original and one copy of this complaint form.

Your complaint must be clearly handwritten or typewritten and you must sign and declare under penalty of perjury that the facts are correct. If you need additional space to answer a question, you may use another blank page.

Your complaint can be brought in this Court only if one or more of the named defendants is located within the District of Columbia. Further, you must file a separate for each claim that you have unless they are related to the same incident or problem. The law requires that you state only facts in your complaint.

You must supply a certified copy of your prison trust account, pursuant to the provisions of 28 U.S.C. §1915, effective April 26, 1996. The filing fee is $250.00. If insufficient funds exist in your prison account at the time of filing your complaint, the court must access, and when funds exist, collect an initial filing fee equal to 20 percent of the greater of:

(1) the average monthly deposits to your prison account, or
(2) the average monthly balance of your prison account for the prior six-month period.

Thereafter, you are required to make monthly payments of 20% of the preceding month's income. The

RECEIVED
FEB 08 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

agency having custody over you must forward payments from your account to the clerk of the court each time the amount in the account exceeds $10.00 until the filing fees are paid.

Therefore, before an assessment can be made regarding your ability to pay, you <u>must</u> submit a certified copy of your prison account for the prior six-month period.

When this form is completed, mail it and the copy to the Clerk of the United States District Court for the District of Columbia, 333 Constitution Ave., N.W., Washington, D.C. 20001.

I.     **SUCCESSIVE CLAIMS**

    Pursuant to the Prison Litigation Reform Act of 1995, unless a prisoner claims to be in "imminent danger of serious physical injury," he or she may not file a civil action or pursue a civil appeal *in forma pauperis* "if the prisoner has, on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or they failed to state a claim upon which relief could be granted."

II.     **PREVIOUS LAWSUITS**

    A.     Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  Yes ( )  No ( X )

    B.     Have you begun other lawsuits in state or federal court relating to your imprisonment?  Yes ( )  No ( X )

    C.     If your answers to A or B is Yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.     Parties to this previous lawsuit.

            Plaintiffs: _____

            Defendants: _____

        2.     Court (If federal court, please name the district; if state court name the county.) _____

        3.     Docket number: _____

        4.     Name of judge to whom case was assigned: _____

        5.     Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still

pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

III. **PLACE OF CONFINEMENT**

NORTH DAKOTA STATE PENITENTIARY P.O. Box 5521
BISMARCK, NORTH DAKOTA 58506-5521

A. Is there a prisoner grievance procedure in this institution? Yes ( )   No (X)
If your answer is Yes, go to Question III B. If your answer is No, skip Questions III, B, C and D and go to Question III E.

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?
Yes ( )   No ( )

C. If your answer is Yes to Question III B:

1. To whom and when did you complain? _____

2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.)   Yes ( )   No ( )

3. What, if any, response did you receive? (Furnish copy of response, if in writing.)
_____

4. What happened as a result of your complaint? _____

D. If your answer is No to Question III B, explain why not. _____
_____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?   Yes ( )   No (X)

F. If your answer is Yes to Question III E;

1. To whom and when did you complain? THE NATIONAL DNA INDEX SYSTEM AND OFFICE OF INFORMATION AND PRIVACY. PRISCILLA JONES, AND THE F.B.I.

2. Did you complain in writing? (Furnish copy of the complaint you made, if you have one.)     Yes ( X )     No ( )

3. What, if any response did you receive? (Furnish copy of response, if in writing.) SEE EXHIBIT B ATTACHED TO THIS COMPLAINT FROM PRISCILLA JONES

4. What happened as a result of your complaint? THE OFFICE OF INFORMATION AND PRIVACY PRISCILLA JONES REFUSE TO PROVIDE ME WITH A COPY OF THIS DNA ANALYSIS RESULTS

IV.   **PARTIES**

In item A below, place your name and prison number in the first blank and your present address in the second blank. Do the same for additional plaintiffs, if any.

A.   Name of Plaintiff: ANTHONY JAMES MOORE-22547
     Address: NORTH DAKOTA STATE PENITENTIARY, BISMARCK, NORTH DAKOTA 58506- P.O. BOX 5521

In item B below, place the full name of the defendant(s) in the first blank, their official position in the second blank, their place of employment in the third blank, and their address in the fourth blank. Do the same for additional defendants, if any.

B.   Defendant: THE NATIONAL DNA INDEX SYSTEM AND DIRECTOR AND RECORDS DEPARTMENT
     Address: 935 PENNSYLVANIA AVENUE NW WASHINGTON, D.C. 20535-0001

     Defendant: UNITED STATES DEPARTMENT OF JUSTICE AND DIRECTOR AND PRISCILLA JONES OFFICE OF INFORMATION AND PRIVACY
     Address: OFFICE OF INFORMATION AND PRIVACY UNITED STATES DEPARTMENT OF JUSTICE SUITE 570 FLAG BUILDING WASHINGTON D.C. 20530

     Defendant: FEDERAL BUREAU OF INVESTIGATION AND DIRECTOR AND RECORDS DEPARTMENT
     Address: UNITED STATES DEPARTMENT OF JUSTICE FEDERAL BUREAU OF INVESTIGATION WASHINGTON D.C. 20535

     Defendant: _____
     Address: _____

V.   **STATEMENT OF CLAIM**

State here briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved.