U. STATEMENT OF CLAIM

THE NATIONAL DNA INDEX SYSTEM AND DIRECTOR AND THE UNITED STATES DEPARTMENT OF JUSTICE AND DIRECTOR AND THE FEDERAL BUREAU OF INVESTIGATION AND DIRECTOR AND THE UNITED STATES DEPARTMENT OF JUSTICE OFFICE OF INFORMATION AND PRIVACY AND DIRECTOR AND PRISCILLA JONES HAVE REFUSED TO RELEASE AND OR OBTAIN DNA (DEOXYRIBONUCLEIC ACID) ANALYSIS RESULTS WHICH HAS (1) DEPRIVED THE PLAINTIFF OF DUE PROCESS OF LAW (2) DEPRIVED THE PLAINTIFF OF THE OPPORTUNITY TO MAKE A CONCLUSIVE SHOWING THAT THE PLAINTIFF IS INNOCENT OF THE CRIME FOR WHICH I'M INCARCERATED IN VIOLATION OF THE DUE PROCESS CLAUSE. (3) DEPRIVED THE PLAINTIFF OF THE OPPORTUNITY TO MAKE A CONCLUSIVE SHOWING OF ACTUAL INNOCENCE, IN VIOLATION OF THE CRUEL AND UNUSUAL PUNISHMENT CLAUSE OF THE EIGHTH AMENDMENT. (4) DEPRIVED THE PLAINTIFF OF HIS RIGHT TO PRESENT EVIDENCE OF INNOCENCE IN STATE COURT, AND FEDERAL COURT, OR BEFORE THE NORTH DAKOTA STATE BOARD OF PARDONS IN VIOLATION OF THE CONFRONTATION AND COMPULSORY PROCESS CLAUSES OF THE SIXTH AMENDMENT (5) DEPRIVED THE PLAINTIFF OF THE OPPORTUNITY

V. STATEMENT OF CLAIM CONTINUED

TO EFFECTIVELY LITIGATE HIS CLAIM THAT HE IS INNOCENCE OF THE CRIME FOR WHICH HE IS CURRENTLY INCARCERATED, THEREBY PREVENTING THE PLAINTIFF FROM ACCESS TO THE STATE AND FEDERAL COURT TO OBTAIN LEGAL RELIEF IN VIOLATION OF DUE PROCESS AND EQUAL PROTECTION GUARANTEES OF THE UNITED STATES CONSTITUTION (6) DEPRIVED THE PLAINTIFF OF HIS RIGHT TO AVAIL HIMSELF OF THE OPPORTUNITY TO APPLY FOR EXECUTIVE CLEMENCY SERVES AND THE FUNCTION THAT EXECUTIVE CLEMENCY SERVES IN PREVENTING THE VIOLATION OF HIS CONSTITUTIONAL RIGHTS THAT WOULD ARISE FROM CONTINUED INCARCERATION OF AN INMATE WHO CAN MAKE AN ACTUAL SHOWING OF INNOCENCE (7) DEPRIVATION OF DUE PROCESS BY PRISCILLA JONES BY USING THE UNSUBSTANTIATED EXCUSE THAT THERE IS A BACKLOG OF APPEALS PENDING TO PROLONG NOT EVER PROVIDING ME WITH A COPY OF THOSE DNA ANALYSIS RESULTS THAT ARE IN HER POSSESSION AND OR GRASP.

### THE FACTS

V. STATEMENT OF CLAIM CONTINUED

THE FACTS

(1) THE STATE OF NORTH DAKOTA HAS A LAW THAT THE CRIME LABORATORY DIVISION IN BISMARCK NORTH DAKOTA HAS ESTABLISHED A SYSTEM WITH THE NATIONAL DNA INDEX SYSTEM TO ENSURE DATA EXCHANGE ON A NATIONAL LEVEL THE LAW IS UNDER THE NORTH DAKOTA CENTURY CODE 31-13-01 THROUGH 31-13-05. 31-13-05

(2) THE PLAINTIFF HAS EXHAUSTED ADMINISTRATIVE REMEDIES BY APPEALING THE DENIAL BY DAVID M HARDY FOR DNA ANALYSIS RESULTS UNDER THE FREEDOM OF INFORMATION ACT AND PRIVACY ACT REQUEST TO PRISCILLA JONES IN THE UNITED STATES DEPARTMENT OF JUSTICE. THUS ALL ADMINISTRATIVE REMEDIES HAVE BEEN EXHAUSTED

(3) THE DEFENDANTS ABSOLUTELY REFUSE TO PROVIDE ME WITH A COPY OF THOSE DNA ANALYSIS RESULTS IN THEIR POSSESSION

V. STATEMENT OF CLAIM CONTINUED

THE FACTS

(4) ON OCTOBER 3, 2005 THE PLAINTIFF FOUND OUT THAT THOSE DNA ANALYSIS RESULTS WERE PERFORMED AT THE CRIME LABORATORY DIVISION IN BISMARCK, NORTH DAKOTA THROUGH THE RESPONSIVE PLEADINGS OF STATES ATTORNEY, THE PLAINTIFF HAS HAD NO PRIOR KNOWLEDGE OF THOSE DNA RESULTS EVER EXISTENCE.

(5) THE PLAINTIFF ANTHONY JAMES MOORE IS THE SUBJECT OF THOSE DNA ANALYSIS RESULTS.

(6) ANDREA MILLER THE FORENSIC SCIENTIST CONCLUDES IN A LABORATORY REPORT UNDER LABORATORY NUMBER C04-1175 THAT SEMEN WAS DETECTED ON THE UNDERWEAR OF PAMELA J. NOCH AND ON VAGINAL SMEARS AND SWABS AND ON RECTAL ORAL SWABS AND A KNOWN BLOOD SAMPLE AND SALIVA SAMPLE FROM THE PLAINTIFF ANTHONY JAMES MOORE WERE PLACED INTO AN DNA TRACE PACKET FOR ANALYSIS SEE EXHIBIT A ATTACHED TO COMPLAINT.

V. STATEMENT OF CLAIM CONTINUED

THE FACTS

(7) THE DNA ANALYSIS PERFORMED AT THE CRIME LABORATORY DIVISION IN BISMARCK, NORTH DAKOTA HAVE BEEN PROVIDED TO THE NATIONAL DNA INDEX SYSTEM AND TO THE FEDERAL BUREAU OF INVESTIGATION AND TO PRISCILLA JONES AND TO THE UNITED STATES DEPARTMENT OF JUSTICE IN WASHINGTON D.C.

(8) THE ATTORNEY GENERAL FOR THE UNITED STATES HAS AUTHORIZED STATE GRANTS TO THE STATE OF NORTH DAKOTA IN ORDER FOR THE STATE OF NORTH DAKOTA TO BE ELIGIBLE TO RECIEVE THAT GRANT NORTH DAKOTA SHALL REQUIRE THAT EACH PERSON CONVICTED OF A FELONY OF A SEXUAL NATURE PROVIDE TO STATE LAW ENFORCEMENT OFFICIALS A SAMPLE OF BLOOD, SALIVA NECESSARY TO CONDUCT A DNA ANALYSIS CONSISTENT WITH STANDARDS ESTABLISHED FOR DNA TESTING BY THE DIRECTOR OF THE FEDERAL BUREAU OF INVESTIGATION

PAGE 5 OF 8

U. STATEMENT OF CLAIM CONTINUED

THE FACTS

(9) THE ATTORNEY GENERAL FOR THE UNITED STATES HAS ISSUED AN GRANT TO THE STATE OF NORTH DAKOTA IN ORDER FOR THE STATE OF NORTH DAKOTA TO CONTINUE TO RECIEVE THAT GRANT IT MUST HAVE THE CAPACITY TO ANALYZE (DEOXYRIBONUCLEIC ACID) DNA IN A FORENSIC LABORATORY IN WAYS THAT ARE COMPATIBLE AND INTERGRATED WITH THE NATIONAL DNA IDENTIFICATION SYSTEM OF THE FEDERAL BUREAU OF INVESTIGATION.

(10) ON NOVEMBER 20 2001, THE PLAINTIFF ANTHONY JAMES MOORE WAS CONVICTED OF GROSS SEXUAL IMPOSITION CLASS A FELONY UNDER NORTH DAKOTA CENTURY CODE 12.1-20-03 BY A JURY TRIAL.

## VI RELIEF

(1) THE PLAINTIFF REQUEST THAT THE COURT ISSUE AN ORDER REQUIRING THE DEFENDANTS TO PROVIDE ME WITH OR OBTAIN A COPY OF THOSE DNA ANALYSIS RESULTS

(2) AN COURT ORDER THAT THE CRIME LABORATORY DIVISION IN BISMARCK, NORTH DAKOTA PROVIDE THE PLAINTIFF WITH A COPY OF THOSE DNA ANALYSIS RESULTS THAT ARE IN THERE POSSESSION UNDER LABORATORY NUMBER C04-1175,

SIGNED THIS 3d DAY OF JANUARY 2006.

*[signature]*
ANTHONY JAMES MOORE - dd547
NORTH DAKOTA STATE PRISON
BISMARCK, NORTH DAKOTA 58506-5521

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

JANUARY 3d 2006.
(DATE)

*[signature]*
ANTHONY JAMES MOORE - dd547
NORTH DAKOTA STATE PRISON
BISMARCK, NORTH DAKOTA 58506

PAGE 8 OF 8

STATE OF NORTH DAKOTA
OFFICE OF ATTORNEY GENERAL

Crime Lab Division
2635 E. Main Avenue
Bismarck, North Dakota 58502
Phone (701) 328-6159

LABORATORY REPORT

| | | | |
|---|---|---|---|
| Laboratory No.: | C04-1175 | Date Received: | 07 May 04 |
| Received By: | Chris Focke | Time Received: | 1025 Hrs. |
| Delivered By: | Cert. Mail | Date Reported: | 17 May 04 |
| Agency Case No.: | 01008771 | | |
| Report To: | Fargo Police Department | | |
| | Fargo, ND | | |
| Victim: | Pamela Nohr | | |
| Subject: | ———— | | |

Description of Evidence Submitted:

Item 19:  One sealed "Sexual Assault Evidence Collection Kit" box marked "Pamela Nohr, E Brainard RN, SANE, E Brainard RN, SANE" containing:

   a) one piece of paper marked "Authorization for Collection and Release of Evidence and Information"
   b) one white paper bag marked "Foreign Material" reported to contain foreign material
   c) one white paper bag marked "Outer Clothing" reported to contain a sock
   d) one white paper bag marked "Underwear" containing underwear
   e) one envelope marked "Debris Collection" reported to contain dried secretions
   f) one envelope marked "Debris Collection" reported to contain dried secretions
   g) one envelope marked "Pubic Hair Combings" reported to contain pubic combings
   h) one envelope marked "Vaginal Swabs and Smears" containing:
      1) vaginal swabs
      2) vaginal smears
   i) one envelope marked "Oral/Rectal Swabs" containing cotton swabs
   j) one envelope marked "Known Saliva Sample" containing a known saliva sample
   k) one envelope marked "Known Blood Samples" containing known blood samples
   l) one piece of paper marked "Physical Condition of Victim".

Item 20:  One white letter-size envelope marked "MeritCare Health System, SANE NURSE Forgot to sealed the enclosed paper within the kit., M------ 078" containing one piece of paper marked "Sexual Assault Report Form for Forensic Laboratory".

EXHIBIT A

06 0362

**FILED**

FEB 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Fargo PD
Page 2 of 2
17 May 04
C04-1175

Summary of Screening Analysis:

Examination of the crotch area of the underwear (Item 19d), vaginal swabs (Item $19h_1$), and cotton swabs (Item 19i) detected the presence of acid phosphatase (an enzyme found in semen and other body fluids). Further examination of the crotch area of the underwear (Item 19d), vaginal swabs (Item $19h_1$), and cotton swabs (Item 19i) detected the presence of p30 (a semen specific protein). The vaginal smears (Item $19h_2$) were examined microscopically; several spermatozoa were observed. Therefore, it is my opinion there is semen present on the crotch area of the underwear (Item 19d), vaginal swabs (Item $19h_1$), and cotton swabs (Item 19i).

If further analysis is required, please contact the laboratory.

Disposition of Evidence:

Items 19b, 19d, 19e, 19f, 19g, 19h, 19i, and 19k were placed into a DNA/Trace packet for analysis.

Items 19 and 20 will be returned to the submitting agency at the earliest convenient opportunity.

Sincerely,

Crime Laboratory Division

*Ondrea Miller*

Ondrea Miller
Forensic Scientist

**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642　　　　　　　　　　Washington, D.C. 20530

Mr. Anthony James Moore　　　　　　　　　　　　JAN 0 5 2006
No. 22547
North Dakota State Prison
P.O. Box 5521
Bismarck, ND 58506-5521

　　　Re: Request No. 1034532

Dear Mr. Moore:

　　　This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received by this Office on December 30, 2005.

　　　The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **06-0860**. Please mention this number in any future correspondence to this Office regarding this matter.

　　　We will notify you of the decision on your appeal as soon as we can. We regret the necessity of this delay and appreciate your continued patience.

　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　Priscilla Jones
　　　　　　　　　　　　　　　　　　　Chief, Administrative Staff

06 0362

FILED

FEB 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EXHIBIT B