IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

anthony james moore plaintiff )
                                  )   case no. 06-0362 (una)
    vs,                  )
                                  )   MOTION FOR ORDER FOR SANCTIONS AND DISCIPLINARY ACTION
                                  )   BE TAKEN AGAINST THE CLERK OF COURT AND OFFICE EMPLOYEES
the national DNA index system )
et,al defendants )
                                  )

**FILED**
**MAY 0 4 2006**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

the united states district court clerk of court office and employees are sabotaging the plaintiffs civil rights action in federal court, by deliberately not filing important legal documents that the plaintiffs has sent to the court to be filed then the clerk of courts office claims that they have not recieved on march 8th 2006 the plaintiff o placed in the unit united states postal service, to the united states district court for the district of columbia (1) prisoner trust fund informationas ordered by the court for me to do so and to provide the court with, by a certain period, (2) motion for order to waive initial filing fee (3) motion for appointment of counsel on april 13 2006 at 3;20 p/m the plaintiff ha had a telephone conversation with greg hughesthe deputy clerk who said that the clerk of courts office has not filed those documents solely due to not recieving them, so on april 13 2006 the plaintif sent another copy to greg hughes the deputy clerk of operations at the united states disrtcit court, through the united sgtates postal serviceand another copy was mailed to the clerk of court nancy mayer whittington on april 18 2006 through the united states postal service the clerk of court and employees are doing all that they can need needlessly to sabotage the plaintiffs civil rights action in the federal court and to prevent this civil rights action from moving forward,

*[signature]*
anthony james moore 22547
north dakota state prison
bismarck, north dakota 58506-5521

dated this 4 day of may 2006,

4



**CERTIFICATE OF SERVICE BY MAIL**
DEPARTMENT OF CORRECTIONS & REHABILITATION
PRISONS DIVISION
SFN 50247 (Rev. 04-2001)

STATE OF NORTH DAKOTA   )
                        ) SS.
COUNTY OF BURLEIGH      )

The undersigned, being duly sworn under penalty of perjury, deposes and says: I'm over the age of eighteen years and on the __2__ Day of __may__, 20 __06__, _____ PM, I mailed the following:

(1) motion for order for sanctions and disciplinsry action be taken against the clerk of court and office employees

by placing it/them in a prepaid enveloped, and addressed as follows:

clerk of court
nancy mayer whittington
333 constitution avenue
washington d,c, 20001

and depositing said envelope in the Mail, at the NDSP, P.O. Box 5521, Bismarck, North Dakota 58506-5521.

AFFIANT _[signature]_

P.O. Box 5521
Bismarck, North Dakota 58506-5521

Subscribed and sworn to before me this _____ day of _____, 20_____.

| Notary Public | My Commission Expires On |
| --- | --- |
|  |  |

IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA

IN RE: ANTHONY JAMES MOORE VS UNITED STATES DISCICT COURT AND THE NATIONAL DNA INDEX SYSTEM, ET,AL,

PETITION FOR WRIT OF MANDAMUS

distict court case no. 06-0362 UNA

court of appeals case no.

this petition for writ of manedamus and prohibition is brought under title 28 u.s.c. 1651 for the united states district court of the district of columbia refuses to rule on the plaintiffs motion for order to waive the initial filing fee, and to rule on prisoners trust fund account information as ordered by the lower court for me to provide the court with, the court has not conducted a screening analysis of the complaint under title 28 u.s.c. 1915 A  nor has the court ruled on the plaintiffs motion for appointment of counsel the plaintiff anthony james moore has sent 1 letter to the court of court inquiring into the status of the case on march 31 2006 and on february 2006 and another letter was sent to greg hughes the chief deputy clerk at the united states district court requesting of them to submitted those very important documents to the court to rule on in addition to this the plaintif petitioner has had a telephone conversation with greg hughes on thursday march 13 2006 at 3:20 p.m. inquring into the status of those motions and prisoner trust fund account information,  the court refuses to do so,  thus the high court judgement is necessary to assure that a just and speedy and inexpensive determination of this civil rights action,  the court is purposely not filing legal court documents that I send to them to be filed, to give the deceptive appearance that (1) the plaintiff has not complyed with the court order that the plaintiff file with the court trust fund information, and (2) that the documents sent to the court by the plaintiff to be filed have not reached the court to be filed although they actually have. the united states district court has caused a major unreasonable and unnecessary delay thus an writ of mandamus and prohibition is necessary to command the lower court to perform

page 1 of 2


an absolute duty and prohibit the lower court from sabotaging the plaintiff petitioners civil rights action, the district court is being more conniving and administering injustice then administering justice.

affidavit of anthony james moore

county of burleigh
state of north dakota;

i anthony james moore am totally competent to testify to the following with personal knowledge that

(1) on march 8 2006 the plaintiff placed in the united states postal service (1) prisoner fund account information as ordered by the court for the plaintiff to so do so, (2) motion for order to waive initial filing fee, (3) motion for appointment of counsel.

(2) on april 13 2006 at 3:20 p/m/ thursday i spoke to greg hughes on the telephone inquiring into (1) did he recieve and file from me prisoner trust fund account information. (2) did the clerk of court office recieve and file from me prisoner truer fund account information and a motion for order to waive initial filing fee and a motion for appointment of counsel. he said no, so i send him another copy on april 13 2006 thur the united states postal service.

_anthony james moore_
anthony james moore
north dakota state prison
bismarck, north dakota 58506-5521

dated this 14th day of april 2006.

_Shaun M Fode_
notary public

SHAUN M FODE
Notary Public
State of North Dakota
My Commission Expires July 23, 2010

my commission expires on.

**AFFIDAVIT**
**AFFIDAVIT OF SERVICE BY MAIL**
DEPARTMENT OF CORRECTIONS & REHABILITATION
PRISONS DIVISION
SFN 50247 (Rev. 04-2001)

STATE OF NORTH DAKOTA )
                       ) SS.
COUNTY OF BURLEIGH     )

The undersigned, being duly sworn under penalty of perjury, deposes and says: I'm over the age of eighteen years and on the __14__ Day of __april__, 20__06__, _____ p M, I mailed the following:

petition for writ of mandamus

by placing it/them in a prepaid enveloped, and addressed as follows:

MARK S. LANYER
clerk of court
united states court of appeals
333 constitution avenue n.w.
washington d,c, 2001-2866

NANCY M MAYER WHITTINGTON
clerk of court
united states district court
333 constitution avenue
washington d,c, 2001-

and depositing said envelope in the Mail, at the NDSP, P.O. Box 5521, Bismarck, North Dakota 58506-5521.

AFFIANT _[signature]_
P.O. Box 5521
Bismarck, North Dakota 58506-5521

Subscribed and sworn to before me this __14th__ day of __April__, 20__06__.

Notary Public _Shaun M Fode_

My Commission Expires On

SHAUN M FODE
Notary Public
State of North Dakota
My Commission Expires July 23, 2010

Greg Hughes
Chief Deputy for Operations
United States District Court
for the District of Columbia
333 Constitution Avenue N.W.
Washington, D.C. 20001

Case No. 06-0362 UNA



Good morning, Dear Gregory, on March 7, 2006, I provided and sent the court the information contained in it's order dated for February 24, 2006, by Judge Huvelle, for me to do so, which was an certified copy of my prison trust fund account, and ledger sheets, and a motion for order to waive initial filing fee, motion for appointment of counsel, has a decision been rendered on any of the mentioned above legal documents, if so, let me know without any delays occurring, if not, then by all means present all of those legal documents to Judge Huvelle to rule on, or the assigned motion judge, to rule on them. Given the judges decision inform me promptly. Including if possible will you provide and with a copy of the complaint and exhibits at docket entry number 1. I do not possess any copies of the complaint. Thank you for your professionalism. Do have a wonderful day.

Sincerely yours,

Anthony James Moore 22547
North Dakota State Prison
Bismarck, North Dakota 58506-5521

March 31, 2006.