UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| ANTHONY JAMES MOORE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-0362 |
| THE NATIONAL DNA SYSTEM *et al.*, | ) |
| Defendants. | ) |

### ORDER

The Court's February 28, 2006 Order directed plaintiff to provide the Court with a certified copy of his prison trust fund account statement (or institutional equivalent), including the supporting ledger sheets, for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined. The Clerk of Court has received telephone calls and correspondence from plaintiff, who asserted that he already has complied with the February 28, 2006 Order. The Clerk, however, has no record of having received the required prison trust fund account statement.

Accordingly, it is hereby

ORDERED that plaintiff is granted an extension of time. Within thirty (30) days of entry of this Order, plaintiff shall provide a certified copy of his trust fund account statement. Failure to comply with this Order will result in dismissal of this action.

SO ORDERED.

/s/ Reggie B. Walton
United States District Judge

Date: April 26, 2006