UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ANTHONY JAMES MOORE PLAINTIFF )

    US.                                          )

THE NATIONAL DNA INDEX SYSTEM )

DEFENDANTS. ET.AL.                   )

CASE NO.  06-0362

MOTION FOR ORDER TO WAIVE INITIAL PARTIAL
FILING FEE.

THE PLAINTIFF IS UNABLE TO PAY THE INITIAL
PARTIAL FILING FEE THAT HAS BEEN ASSESSED TITLE 28
U.S.C. 1915 (B)(4) PROVIDES:

IN NO EVENT SHALL A PRISONER BE PROHIBITED FROM
BRINGING A CIVIL ACTION OR APPEALING A CIVIL ACTION OR
CRIMINAL JUDGMENT FOR THE REASONS THAT THE PRISONER
HAS NO ASSETS AND NO MEANS BY WHICH TO PAY THE
INITIAL PARTIAL FILING FEE.

ANTHONY JAMES MOORE - 22547
NORTH DAKOTA STATE PRISON
BISMARCK, NORTH DAKOTA 58506-5521

MAY 16              2006,

AO 240 (Rev. 6/86) Application to Proceed

# United States District Court

FOR THE ——— **DISTRICT OF** _Columbia_

ANTHONY JAMES MOORE
PLAINTIFF

**v.**

THE NATIONAL GUN INDEX
SYSTEM, ET. AL,

**APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER**

CASE NUMBER:   06-036a

---

I, _ANTHONY JAMES MOORE_, declare that I am the *(check appropriate box)*

☒ petitioner/plaintiff          ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant          ☐ _____
                                          *other*

in the above-entitled proceeding; that, in support of my request to proceed without being
required to prepay fees, cost or give security therefor, I state that because of my poverty, I
am unable to pay the costs of said proceeding or give security therefor; that I believe I am
entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend
to present on appeal are briefly stated as follows: _FILING FEE FOR COMPLAINT AND
ANY POSSIBLE FEES ON THE MATERIALS FOR SERVICE OF THE
COMPLAINT AND SUMMONS UPON THE DEFENDANTS._

In further support of this application, I answer the following questions.

1. Are you presently employed?                    Yes ☐    No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and
      give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the
      salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the follow-
   ing sources?
   a. Business, profession or other form of self-employment    Yes ☐    No ☒
   b. Rent payments, interest or dividends?                     Yes ☐    No ☒
   c. Pensions, annuities or life insurance payments?           Yes ☐    No ☒
   d. Gifts or inheritances?                                    Yes ☐    No ☒
   e. Any other sources?                                        Yes ☐    No ☒

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. **Do you own any cash, or do you have money in checking or savings accounts?**

   ☐ Yes    ☒ No    (Include any funds in prison accounts.)

   If the answer is "yes," state the total value of the items owned.

4. **Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?**

   ☐ Yes    ☒ No

   If the answer is "yes," describe the property and state its approximate value.

5. **List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.**

   N o N E

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _MAY 10 2006_                    _[signature]_
                    (Date)                      Signature of Applicant

## CERTIFICATE
*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $ _-0-_ on account to his credit at the _N.J. State Penitentiary_ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _-0-_ Release Aid Account_ _Enter NJSP Bank NJR. 151.71 in debt_

I further certify that during the last six months the applicant's average balance was $ _.01_

_[signature]_ Tamara G. Schneider, Acct Tech II    5-16-06
Authorized Officer of Institution

---

## ORDER OF COURT

| | |
|---|---|
| The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. | The application is hereby denied |
| _____  _____ <br> United States Judge    Date <br> or Magistrate | _____  _____ <br> United States Judge    Date |

# NDSP BISMARCK
## Inmate Financial Management

Period Covered:
11/1/2005 to 5/16/2006

Inmate Number: **22547**          **MOORE, ANTHONY J**

Printed 5/16/2006 at 12:49:09PM          Location: **NDSP - AS - 1E**

Beginning Balances as of 11/1/2005 :

| Spending Acct + New | Release Aid - | Debt = | Account Balance |
|---|---|---|---|
| 0.00 | 0.00 | 161.35 | -161.35 |

Account activity:

Resulting Balances

| Date | Time | Transaction | Description | Amount | Spending Acct | Debt | Release Aid |
|---|---|---|---|---|---|---|---|
| 12/13/2005 | 2:10 pm | PINMATE PAY | HOUSEKEEPING PAY | 31.50 | 23.62 | 161.35 | 7.88 |
| 12/13/2005 | 2:10 pm | | PAY ADJ | 4.72 | 18.90 | 161.35 | 12.60 |
| 12/13/2005 | 2:10 pm | | RA TO SA TO RECOVER DEBT | -12.60 | 31.50 | 161.35 | 0.00 |
| 12/13/2005 | 2:13 pm | <PLGL POSTAGE> | Payment for PLGL POSTAGE on 2004-04-27-0 | -0.37 | 31.13 | 160.98 | 0.00 |
| 12/13/2005 | 2:13 pm | <PLGL POSTAGE> | Payment for PLGL POSTAGE on 2004-04-28-0 | -0.37 | 30.76 | 160.61 | 0.00 |
| 12/13/2005 | 2:13 pm | <PLGL POSTAGE> | Payment for PLGL POSTAGE on 2004-05-03-0 | -0.83 | 29.93 | 159.78 | 0.00 |
| 12/13/2005 | 2:13 pm | <PLGL POSTAGE> | Payment for PLGL POSTAGE on 2004-05-04-0 | -0.97 | 28.96 | 158.81 | 0.00 |
| 12/13/2005 | 2:13 pm | <PLGL POSTAGE> | Payment for PLGL POSTAGE on 2004-05-05-0 | -0.74 | 28.22 | 158.07 | 0.00 |
| 12/13/2005 | 2:13 pm | <PLGL POSTAGE> | Payment for PLGL POSTAGE on 2004-05-06-0 | -0.37 | 27.85 | 157.70 | 0.00 |
| 12/13/2005 | 2:13 pm | <PLGL POSTAGE> | Payment for PLGL POSTAGE on 2004-05-07-0 | -0.37 | 27.48 | 157.33 | 0.00 |
| 12/13/2005 | 2:13 pm | <PLGL POSTAGE> | Payment for PLGL POSTAGE on 2004-05-11-0 | -0.74 | 26.74 | 156.59 | 0.00 |
| 12/13/2005 | 2:13 pm | <PLGL POSTAGE> | Payment for PLGL POSTAGE on 2004-05-13-0 | -0.37 | 26.37 | 156.22 | 0.00 |
| 12/13/2005 | 2:13 pm | <PLGL POSTAGE> | Payment for PLGL POSTAGE on 2004-05-14-0 | -0.74 | 25.63 | 155.48 | 0.00 |
| 12/13/2005 | 2:13 pm | <PLGL POSTAGE> | Payment for PLGL POSTAGE on 2004-05-24-0 | -0.37 | 25.26 | 155.11 | 0.00 |
| 12/13/2005 | 2:16 pm | <PLGL POSTAGE> | Payment for PLGL POSTAGE on 2004-04-05-0 | -2.55 | 22.71 | 152.56 | 0.00 |
| 12/13/2005 | 2:16 pm | <PLGL POSTAGE> | Payment for PLGL POSTAGE on 2004-04-07-0 | -3.53 | 19.18 | 149.03 | 0.00 |
| 12/13/2005 | 2:16 pm | <PLGL POSTAGE> | Payment for PLGL POSTAGE on 2004-04-19-0 | -0.28 | 18.90 | 148.75 | 0.00 |
| 12/13/2005 | 2:37 pm | PDISCHARGE CHK | 502589 EDWARD KLECKER | -6.30 | 12.60 | 148.75 | 0.00 |
| 12/15/2005 | 12:40 pm | EPR | OID:100040936-ComisaryPurch-Reg | -6.24 | 6.36 | 148.75 | 0.00 |
| 12/20/2005 | 9:49 am | POS ADJ | GIFT CERTIFICATE CHRISTMAS 2005 | 5.00 | 11.36 | 148.75 | 0.00 |
| 12/22/2005 | 10:09 am | EPR | OID:100041483-ComisaryPurch-Reg | -6.34 | 5.02 | 148.75 | 0.00 |

Page 1 of 2

25920P01-00001 rev 01

# NDSP BISMARCK
## Inmate Financial Management

Period Covered:
11/1/2005 to 5/16/2006

Inmate Number: **22547**    MOORE, ANTHONY J

Printed 5/16/2006 at 12:50:25PM    Location: **NDSP - AS - 1E**

### Beginning Balances as of 11/1/2005 :

| Spending Acct | + | Release Aid | - | Debt | = | Account Balance |
|---|---|---|---|---|---|---|
| 0.00 | | 0.00 | | 161.35 | | -161.35 |

Account activity:

### Resulting Balances

| Date | Time | Transaction | Description | Amount | Release Aid | Spending Acct | Debt | Account Balance | Release Aid |
|---|---|---|---|---|---|---|---|---|---|
| 12/29/2005 | 12:18 pm | EPR | OID:100041953-ComisaryPurch-Reg | -4.95 | | 0.07 | 148.75 | | 0.00 |
| 1/5/2006 | 2:47 pm | EPR | OID:10004 2486-ComisaryPurch-Reg | -0.06 | | 0.01 | 148.75 | | 0.00 |
| 1/10/2006 | 9:10 am | PLGL POSTAGE | 175704 POSTAGE | 0.39 | | 0.01 | 149.14 | | 0.00 |
| 1/10/2006 | 9:10 am | <PLGL POSTAGE> | 175704 POSTAGE | -0.01 | | 0.00 | 149.13 | | 0.00 |
| 1/11/2006 | 8:45 am | PLGL POSTAGE | 175707 POSTAGE | 0.78 | | 0.00 | 149.91 | | 0.00 |
| 1/17/2006 | 8:30 am | PLGL POSTAGE | 175723 POSTAGE | 0.78 | | 0.00 | 150.69 | | 0.00 |
| 1/17/2006 | 12:27 pm | PADMIN2 MO DEP | DARLENE EISWALD 086683 | 20.00 | | 20.00 | 150.69 | | 0.00 |
| 1/17/2006 | 12:31 pm | PADMIN2 MO DEP | VOID-DARLENE EISWALD 086683 | -20.00 | | 0.00 | 150.69 | | 0.00 |
| 1/18/2006 | 8:23 am | PLGL POSTAGE | 175723 POSTAGE - LEGAL | 1.02 | | 0.00 | 151.71 | | 0.00 |

### Ending Balances as of 5/16/2006 :

| Spending Acct | + | Release Aid | = | Debt | | Account Balance |
|---|---|---|---|---|---|---|
| 0.00 | | 0.00 | | 151.71 | | -151.71 |

Page 2 of 2

25920P01-00001 rev 01

AFFIDAVIT OF SERVICE BY MAIL
DEPARTMENT OF CORRECTIONS & REHABILITATION
PRISONS DIVISION
SFN 50247 (Rev. 04-2001)

STATE OF NORTH DAKOTA )
                       ) SS.
COUNTY OF BURLEIGH     )

The undersigned, being duly sworn under penalty of perjury, deposes and says: I'm over the age of eighteen years and on the ___16___ Day of ___MAY___, 20_00_, _____ P M, I mailed the following:

(1) MOTION TO PROCEED IN FORMA PAUPERIS SUPPORTING DOCUMENTATION AND ORDER, AND ATTACHED LEDGER SHEETS
(2) MOTION FOR ORDER TO WAIVE INITIAL PARTIAL FILING FEE
(3) MOTION FOR ORDER TO APPOINT COUNSEL.

by placing it/them in a prepaid enveloped, and addressed as follows:

NANCY MAYER WHITTINGTON
CLERK OF COURT
UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA.
333 CONSTITUTION AVENUE
WASHINGTON D.C. 20001

and depositing said envelope in the Mail, at the NDSP, P.O. Box 5521, Bismarck, North Dakota 58506-5521.

AFFIANT _____

P.O. Box 5521
Bismarck, North Dakota 58506-5521

Subscribed and sworn to before me this __16th__ day of ___May___, 20_06_.

Notary Public _____

My Commission Expires On

SHAUN M FODE
Notary Public
State of North Dakota
My Commission Expires July 23, 2010