IN THE UNITED STATES DISTRICT COURT
WASHINGTON D,C,

RECEIVED
AUG 2 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

anthony james moore plaintiff )

vs, )

case no. 06-0362 EGS

the national DNA index system
et,al, defendants )

)

**MOTION FOR ORDER FROM RELIEF
OF JUDGEMENT OR ORDER UNDER RULES
OF CIVIL PROCEDURE 60**

the service of the summons and the complaint was not made upon the defendants within 120 days after the filing of the complaint and summons the complaint and summons was filed in the united states district court for the district court of columbia on february 28 2006 thus the complaint and summons was not served within 120 days after the filing of the complaint the case must be dismissed without prejudice see rules of civil procedure 4(m) time limit for service.(2) the palintiff has submitted on july 17 2006 a motion to the court to dismiss the case without prejudice well before the courts illegal order of august 17 2006 the court has been the sole main contributor in the delay of the case not going forward by refusing to not file any pleadings that the plaintiffs has previously submitted to the court to be filed.  and the court has selected the court documenta that they file that the plaintiff has submiited to the court to be filed, the court has had its chance and ample time to administer justice the court has choosen not to do so, therefore it is entirely to late to rectify this injustice the palintiff does not desire to have the case heard in the united states district court for the district of columbia in washington d,c, the plaintiff does not desire to indulge in court room shenanigans at all,

**CONCLUSION**

(1) vacate the court orderfiled on august 17 2006 granting forma pauperis especially deducting from the plaintiffs prison account 350 dollars filing fee and paid to the court of the court each time the amount in account exceeds 10 dollars until the entire filing fee is paid and this will not be counted against the plaintiff in any future action in the federal courts,

(2) dismiss the case without prejudice,

anthony james moore 22547
north dakota state prison
bisamrck, north dakota 58506-5521

august 22 20006

# AFFIDAVIT
# CERTIFICATE OF SERVICE BY MAIL

DEPARTMENT OF CORRECTIONS & REHABILITATION
PRISONS DIVISION
SFN 50247 (Rev. 04-2001)

TITLE 28 U,S,C, 1746

STATE OF NORTH DAKOTA  )
                       ) SS.
COUNTY OF BURLEIGH     )

The undersigned, being duly sworn under penalty of perjury, deposes and says: I'm over the age of eighteen years and on the __22__ Day of __august__, 20_06_, ____p____M, I mailed the following:

> motion for order from relief of judgement or order under rukles of civil procedure 60

by placing it/them in a prepaid enveloped, and addressed as follows:

> clerk of court-nancy mayer whittington
> united states district court
> 333 constitution avenue
> washinton d,c, 20001,

and depositing said envelope in the Mail, at the NDSP, P.O. Box 5521, Bismarck, North Dakota 58506-5521.

AFFIANT _____

P.O. Box 5521
Bismarck, North Dakota 58506-5521

Subscribed and sworn to before me this _____ day of _____, 20_____.

Notary Public                My Commission Expires On