IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

RECEIVED
SEP 1 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

anthony james moore plaintiff )

vs, )

the national DNA index system
et,al, defendants )
suing in there indivdoal
and official capacity )

case no. 06- 0362 EGS

**AMENDED COMPLAINT**

the proposed amendment are that the national DNA index system and director and the united states department of justice and director and the federal bureau of investigation and director and the united states department of justice office of information and privacy and director and priscilla jones refuse to release and or obtain the plaintiffs DNA genetype profile under specimen ideficication number C0-02-0039 and the results of the DNA testing of the biological evidence involving the subject anthony james moore and the alleged victim pamela j norh under laboratory number C04-1175 has as a results (1) deprived the plaintiff of due process of law, (2) deprived the plaintiff of the opportunity to make a conclusive showing that the plaintiff is innocence of the crime for which he is currently incarcerated for in violation of the due process clause (3) deprived the plainriff of the opportunity to make a conclusive showing of actual inncence in violation of te cruel and unusual punishment clause of the eighth amendment (4) deprived the plaintiff of his right to present evidence of inncocence in state and federal courts of before the north dakota board of pardons in violation of the confrontation clauses and conpulsory process clauses of the sixth amendment (5) deprived the plaintiff of the opportunity to effectively litigate his claim that he is innocence of the crime for which he is currently incarcerated for thereby preventing the plaintiff

from access to the state and federal courts to obtain legal releif in violation of due process and equal protection guarantees of the united states constitution (6) deprived the plaintiff of his right to avil avail himself of the opprtunity to apply for executive clemency and the function that executive clemecy serves in preventing the violation of his constitutional rights that would arise from continued incarceration of a inmate who can make an actual showing of innocence (7) deprivation of due process by the defendants for using the excuse that there is a backlog of appeals pending and they do not have the requested DNA records in there possession and or system to prolong and not ever provide the plaintiff with a copy of those requestd DNA records that are in the defendants system

## STATEMENT OF THE FACTS

(1) the state of north dakota has a law that the crime laboratory division in bismarck, north dakota has established a system with the national DNA index system to ensure data exchange on a national level  the law id is under the north dakota century code 31-13-05,

(2) the plaintiff has exhausted administarive remedies by appealing the denial by the federal bureau of investigation to the united states department of justice office of freedom and privacy act pricsilla jones

(3) the defendants refuse to provide the plaintiff with a copy of his requested DNA records that are inthere possession.

(4) on october 3 2005 the plaintiff found out that those DNA testing records were performed at the north dakota state crime laboratory division in bismarck, north dakota through the responsive pleadings of the states attorney the plaintiff has had no prior knowledge of those DNA RECORDS EVER EXISTING,

(5) the plaintiff anthony james moore is the subject of those DNA records.

(6) ondrea miller the forensic scientist concedes in the laboartory report under laboartory number c04-1175 that semen was detected on the underwear of pamela j noirh and on vaginal smears and swabs and on rectal oral swabs and a known blood sample and saliva sample from the plaintiff anthony james moore were placed into the DNA trace packet for analsys analysis  see exhibit A attached to the initial complaint.

(7) the DNA ananlysis performed at the north dakota state crime laboratory diviion has been provide to the national DNA index syse system  and to the federal bureau of investigation and to the united states department of justice  in washington d,c,  they have both sets of DNA testing and analysis under laboartory case numbers C04-1175 and C0-02 -0039,

(8) the attorney general for the united states has authorized state grants to the state of north dakota in order for the state of norrth dakota to be eligible to recieve that grant north dakota shall require that eac each person shall that has been convicted of a felony will provide to stae law enforcement officials a sample of blood saliva neccessary to conducte a DNA analysis consistent with standards ex establsihed for DNA testing by the director of the federal bureau of investigation

(9) the attorney general for the united states has an grant issued to the state of north dakota in order for the state of north dakota to continue to recoieve that graNT IT MUST HAVE THE CAPACITY TO ANALYZE DNA in forensic laboratory in ways tha are compatible and intergrated with the national DNA index system of the federal bureau of investigation

(10) on november 28 2001 the plaintiff was convicted by a jury of gross sexual imposition class A feklony under north dakota century code 12.1-20-
12.1-20-03

(11) the combined DNA index system is known as title 42 u.s.c. 14132 an index to facilitate law enforcement and criminal justice agencies and state and federja local forensic science laboratories for exchange of DNA records and information

## RELEIF SOUGHT

(1)  the plaintiff ew request that the court issue an order requiring the defendants to provide the plaintiff with or obtain a copy of those DNA records under laboarotory numbers C04-1175 and C0-02-0039

page 3 of 4

i anthony james moore declare under e penalty of perjury that the foregoing is true and correct. dated this 14 day of september 2006,

_____
anthony james moore 22547
north dakota state prison
bismarck, north dakota 58506-5521