STATE OF NORTH DAKOTA
OFFICE OF ATTORNEY GENERAL

Crime Lab Division
2635 E. Main Avenue
Bismarck, North Dakota 58502
Phone (701) 328-6159

LABORATORY REPORT

| | | |
|---|---|---|
| Laboratory No.: | C04-1175 | Date Received: 07 May 04 |
| Received By: | Chris Focke | Time Received: 1025 Hrs. |
| Delivered By: | Cert. Mail | Date Reported: 17 May 04 |
| Agency Case No.: | 01008771 | |
| Report To: | Fargo Police Department Fargo, ND | |
| Victim: | Pamela Nohr | |
| Subject: | ———— | |

Description of Evidence Submitted:

Item 19:  One sealed "Sexual Assault Evidence Collection Kit" box marked "Pamela Nohr, E Brainard RN, SANE, E Brainard RN, SANE" containing:

a) one piece of paper marked "Authorization for Collection and Release of Evidence and Information"
b) one white paper bag marked "Foreign Material" reported to contain foreign material
c) one white paper bag marked "Outer Clothing" reported to contain a sock
d) one white paper bag marked "Underwear" containing underwear
e) one envelope marked "Debris Collection" reported to contain dried secretions
f) one envelope marked "Debris Collection" reported to contain dried secretions
g) one envelope marked "Pubic Hair Combings" reported to contain pubic combings
h) one envelope marked "Vaginal Swabs and Smears" containing:
   1) vaginal swabs
   2) vaginal smears
i) one envelope marked "Oral/Rectal Swabs" containing cotton swabs
j) one envelope marked "Known Saliva Sample" containing a known saliva sample
k) one envelope marked "Known Blood Samples" containing known blood samples
l) one piece of paper marked "Physical Condition of Victim".

Item 20:  One white letter-size envelope marked "MeritCare Health System, SANE NURSE Forgot to sealed the enclosed paper within the kit., M------ 078" containing one piece of paper marked "Sexual Assault Report Form for Forensic Laboratory".

06 0362

FILED

FEB 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

EXHIBIT A

Fargo PD
Page 2 of 2
17 May 04
C04-1175

Summary of Screening Analysis:

Examination of the crotch area of the underwear (Item 19d), vaginal swabs (Item $19h_1$), and cotton swabs (Item 19i) detected the presence of acid phosphatase (an enzyme found in semen and other body fluids). Further examination of the crotch area of the underwear (Item 19d), vaginal swabs (Item $19h_1$), and cotton swabs (Item 19i) detected the presence of p30 (a semen specific protein). The vaginal smears (Item $19h_2$) were examined microscopically; several spermatozoa were observed. Therefore, it is my opinion there is semen present on the crotch area of the underwear (Item 19d), vaginal swabs (Item $19h_1$), and cotton swabs (Item 19i).

If further analysis is required, please contact the laboratory.

Disposition of Evidence:

Items 19b, 19d, 19e, 19f, 19g, 19h, 19i, and 19k were placed into a DNA/Trace packet for analysis.

Items 19 and 20 will be returned to the submitting agency at the earliest convenient opportunity.

Sincerely,

Crime Laboratory Division

*Ondrea Miller*

Ondrea Miller
Forensic Scientist

<006-cv-00362-EGS Document 13-2 Filed 09/18/2006 Page 3 of 3

# AFFIDAVIT
## CERTIFICATE OF SERVICE BY MAIL



DEPARTMENT OF CORRECTIONS & REHABILITATION
PRISONS DIVISION
SFN 50247 (Rev. 04-2001)

STATE OF NORTH DAKOTA )
) SS.
COUNTY OF BURLEIGH )

The undersigned, being duly sworn under penalty of perjury, deposes and says: I'm over the age of eighteen years and on the __14__ Day of __september__, 20_06_, _____ p__M, I mailed the following:

amended complaint

by placing it/them in a prepaid enveloped, and addressed as follows:

clerk of court
nancy mayer whington
united sates district court
district of columbia
333 constituion avenue
washington d,c,

and depositing said envelope in the Mail, at the NDSP, P.O. Box 5521, Bismarck, North Dakota 58506-5521.

AFFIANT [signature]
P.O. Box 5521
Bismarck, North Dakota 58506-5521

Subscribed and sworn to before me this __14__ day of __Sep__, 20_____.

Notary Public [signature]

My Commission Expires On

BRIAN K TAYLOR
Notary Public
State of North Dakota
My Commission Expires November 26, 2009