UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY JAMES MOORE )<br>)<br>    **Plaintiff,** )<br>)<br>    v. )<br>)<br>THE NATIONAL DNA INDEX )<br>SYSTEM *et al.*, )<br>)<br>    **Defendants.** )<br>_____) | Civil Action No. 06-362 (EGS)<br>Electronic Case Filing |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR ORDER
FROM RELIEF FROM JUDGMENT OR ORDER UNDER RULE 60 OF
THE FEDERAL RULES OF CIVIL PROCEDURE AND PROTECTIVE MOTION
FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Defendants, identified in the Complaint as the National DNA Index System, the Director of the National DNA Index System, the Federal Bureau of Investigation, and the Director of the Federal Bureau of Investigation, through their undersigned counsel, respectfully respond to Plaintiff's Motion for Order from Relief of Judgment or Order Under Rule 60 of the Federal Rules of Civil Procedure.  See Docket Entry No. 10.  In unambiguous language, plaintiff's motion seeks the voluntary dismissal of this action prior to the withdrawal of any funds from plaintiff's prisoner account as provided in the Court's Order granting plaintiff's motion to proceed *in forma pauperis*.  Plaintiff's motion states that he requests that the Court:

(1)  vacate the court orderfiled on August 17, 2006 granting forma pauperis especially deducting from the plaintiffs prison account 350 dollars filing fee and paid to the court of the court each time the amount in amount exceeds 10 dollars until the entire filing fee is paid and this will not be counted against the plaintiff in any future action in the federal courts, [and]

(2)  dismiss the case without prejudice[.]

Pl.'s Motion, at 2. Plaintiff, who is presently confined in the North Dakota State Penitentiary and representing himself in this matter, is entitled to have his motion treated liberally by the Court. See Estelle v. Gamble, 429 U.S. 97, 106 (1976) (citation omitted). Thus, although he does not cite Rule 41(a) of the Federal Rules of Civil Procedure, the Court should look at the substance of his motion and deem his motion to give notice of his dismissal of the action because there is no other reasonable interpretation of his request for relief.

Accordingly, defendants respectfully submit that the Court should treat plaintiff's motion as a notice of voluntary dismissal pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Such a notice is effective upon filing to dismiss the action without need of the Court's approval because defendants have not yet responded to the Complaint. Accordingly, particularly because plaintiff filed his motion so quickly after the Court granted him *in forma pauperis* status, he should not be required to pay any portion of the filing fee.

Even though this action appears to already have been dismissed by plaintiff, out of an abundance of caution, defendants respectfully move the Court to extend the date for defendants to respond until further Order of the Court.

Dated: September 21, 2006.

                                                        Respectfully submitted,

                                                        KENNETH L. WAINSTEIN, D.C. BAR # 451058
                                                        United States Attorney

                                                        RUDOLPH CONTRERAS, D.C. BAR # 434122
                                                       Assistant United States Attorney

|   |   |
|---|---|
| _____ | /s/_____ |

JANE M. LYONS, D.C. BAR # 451737
Assistant United States Attorney
Civil Division
555 4th St., N.W. - Room E4822
Washington, D.C.  20530
(202) 514-7161

CERTIFICATE OF SERVICE

Because plaintiff is representing himself in this matter and not registered to use the Court's Electronic Case Filing system, I certify that on September 21, 2006, I deposited a copy of the foregoing **DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR ORDER FROM RELIEF FROM JUDGMENT OR ORDER UNDER RULE 60 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND PROTECTIVE MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** in the first class United States mail, postage prepaid, addressed to the following:

**ANTHONY JAMES MOORE**
No. 22547
North Dakota State Penitentiary
P. O. Box 5521
Bismarck, North Dakota 50506-5521

/s/_____
JANE M. LYONS
Assistant United States Attorney