IN THE UNITED STATES DISTRICT COURT
WASHINGTON D.C.

ANTHONY JAMES MOORE, PLAINTIFF )
vs. )
THE NATIONAL DNA INDEX SYSTEM )
DEFENDANTS ET. AL. )
)

CASE NO. 06-0362 EGS

PLAINTIFFS REPLY TO THE DEFENDANTS RESPONSE TO THE PLAINTIFFS MOTION FOR ORDER FROM RELIEF FROM JUDGEMENT OR ORDER UNDER RULES OF CIVIL PROCEDURE 60 AND PLAINTIFFS RESPONSE TO THE DEFENDANTS PROTECTIVE MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT.

SINCE THE PLAINTIFF HAS SUBMITTED AN AMENDED COMPLAINT TO THE COURT HE ASK THAT THE ACTION GOES FORWARD AND THE COURT NOT AT ALL CONSTRUE THE PLAINTIFFS RULE 60 MOTION AS AN RULE 41(A) VOLUNTARY DISMISSAL. FOR THAT IS SHEER NON SENSE. THE PLAINTIFF ASK THAT THE DEFENDANTS DO RESPOND TO THE COMPLAINT PROMPTLY THE ACTION HAS NOT BEEN DISMISSED BY THE PLAINTIFF FOR WHY WOULD HE SUBMITT AN AMENDED

PAGE 1 OF 2

RECEIVED
SEP 28 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

complaint to the court after he has submitted an Rule 60 motion from relief of order or judgement. The plaintiff ask that the action goes forward and the defendants respond to the complaint immediately. If the court has not conducted a screening analysis of the amended complaint, the plaintiff ask that the court do so.

*[signature]*

Anthony James Moore - 22547
North Dakota State Prison
Bismarck, North Dakota 50506-5521

September 25 2006

page 2 of 2



**AFFIDAVIT OF SERVICE BY MAIL**
DEPARTMENT OF CORRECTIONS & REHABILITATION
PRISONS DIVISION
SFN 50247 (Rev. 04-2001)

STATE OF NORTH DAKOTA   )
                                              ) SS.
COUNTY OF BURLEIGH    )

The undersigned, being duly sworn under penalty of perjury, deposes and says: I'm over the age of eighteen years and on the __25__ Day of __September__, 20 __06__, _____ P M, I mailed the following:

Plaintiffs Reply and Response

by placing it/them in a prepaid enveloped, and addressed as follows:

Jane M. Lyons
Assistant Attorney General
Civil Division
555 4th Street N.W. Room E4822
Washington D.C., 20530

and depositing said envelope in the Mail, at the NDSP, P.O. Box 5521, Bismarck, North Dakota 58506-5521.

AFFIANT _[signature]_

P.O. Box 5521
Bismarck, North Dakota 58506-5521

Subscribed and sworn to before me this _____ day of _____, 20_____.

| Notary Public | My Commission Expires On |
| --- | --- |
|  |  |