IN THE UNITED STATES DISTRICT COURT WASHINGTON D.C.

ANTHONY JAMES MOORE PLAINTIFF )
vs. )
THE NATIONAL DNA INDEX )
SYSTEM, DEFENDANTS, ET AL )
)

RECEIVED
OCT 25 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NO. 06-0362

MOTION FOR ORDER FOR JUDGEMENT BY DEFAULT

The defendants have not at all responded to the plaintiffs initial or amended complaint as required by them to do so by the rules of court and federal code. The defendants are in sheer default. The court has not granted the defendants any extension of time to respond to the complaint or amended complaint no court order exist. The defendants have not responded to the initial complaint or amended complaint within the time limit to do so. Thus they are in default. The plaintiff request a court order for the relief that is requested for in the initial or amended complaint

PAGE 1 OF 2

That is a court order issued requiring the defendants to provide the plaintiff with a copy of his own records under laboratories numbers C04-1175 and C0-02-0639 original results and records conducted in the year of 2004 and 2002.

## NOTICE OF MOTION

Take notice that motion for order by default shall be brought on for hearing in the United States District Court in Washington D.C., before Judge Sullivan on November 1, 2006 at 2:30 p.m. or as soon as may be heard.

*[signature]*
Anthony James Moore - 22547
North Dakota State Prison
Bismarck, North Dakota 58506-5521

October 23, 2006



AFFIDAVIT **OF SERVICE BY MAIL**
DEPARTMENT OF CORRECTIONS & REHABILITATION
PRISONS DIVISION
SFN 50247 (Rev. 04-2001)

STATE OF NORTH DAKOTA  )
                       ) SS.
COUNTY OF BURLEIGH     )

The undersigned, being duly sworn under penalty of perjury, deposes and says: I'm over the age of eighteen years and on the 23 Day of October, 20 06, _____ PM, I mailed the following:

MOTION FOR ORDER FOR JUDGEMENT BY DEFAULT
NOTICE OF MOTION.

by placing it/them in a prepaid enveloped, and addressed as follows:

KENNETH C. WEINSTEIN
UNITED STATES ATTORNEY
CIVIL DIVISION
555 4TH STREET N.W. ROOM E4023
WASHINGTON D.C. 20530

and depositing said envelope in the Mail, at the NDSP, P.O. Box 5521, Bismarck, North Dakota 58506-5521.

AFFIANT _____

P.O. Box 5521
Bismarck, North Dakota 58506-5521

Subscribed and sworn to before me this _____ day of _____, 20____.

Notary Public                          My Commission Expires On



DCD_ECFNotice@dcd.uscourts.gov
10/16/2006 10:47 AM

To  DCD_ECFNotice@dcd.uscourts.gov
cc
bcc
Subject  Activity in Case 1:06-cv-01019-RJL APPLEWHAITE v. POTTER "Order to Show Cause"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Columbia

Notice of Electronic Filing

The following transaction was received from lcrjl1, entered on 10/16/2006 at 10:47 AM and filed on 10/16/2006

Case Name:           APPLEWHAITE v. POTTER
Case Number:         1:06-cv-1019
Filer:
Document Number:

Docket Text:
MINUTE ORDER TO SHOW CAUSE: Plaintiff has failed to comply with this Court's order of 6/16/06 to file with this Court the "Right to Sue" Letter. It is hereby ORDERED that plaintiff show cause as to why this case should not be dismissed under Local Rule 83.23 for lack of prosecution by 10/30/2006. Signed by Judge Richard J. Leon on 10/16/06. (lcrjl1)

The following document(s) are associated with this transaction:

1:06-cv-1019 Notice will be electronically mailed to:

1:06-cv-1019 Notice will be delivered by other means to:

GWENDOLYN T. APPLEWHAITE
12421 Foyette Lane
Upper Marlboro, MD 20772