UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY JAMES, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-362 (EGS) |
| NATIONAL DNA INDEX SYSTEM, et al., | ) |
| Defendant. | ) |

**ORDER**

Plaintiff, proceeding *pro se,* has filed a motion entitled "motion for order from relief of judgment or order under Rules of Civil Procedure 60." In the motion, plaintiff requests that the court dismiss the case without prejudice. Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby

ORDERED that plaintiff's motion[10] is GRANTED. It is

FURTHER ORDERED that plaintiff's motion for sanction and disciplinary action [4] and motion for judgment or default [18] are DENIED AS MOOT.

This case is dismissed without prejudice.

SIGNED this 7th day of November, 2006.

_____/s/_____
EMMET G. SULLIVAN
United States District Judge