IN THE UNITED STATES DISTRICT COURT
WASHINGTON D,C,

REC...
NOV 2 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

anthony james moore plaintiff    )

    vs,    )    case no. 06-0362 EGS

the national DNA index system
et;al. defendants    )    **NOTICE OF APPEAL**

    )

notice is hereby given that anthony ajmes moore the plaintiff in the above named case hereby appeals to the united states district court of appeals fpr the district of columbia in washington d,c, from the order dismissing the case without prejudice docket entry number 20 entered in this action on november 7 2006  the issue is (1) whether the district court abused its discretion or erred by dismissing the case without prejudice whereas the plaintiff has made clear that he desires the case to move forward and not be dismissed wothout prejudice

_(signature)_
anthony james moore 22547
north dakota state prison
bismarck, north dakota 58506-5521

november 18  2006

**CERTIFICATE OF SERVICE BY MAIL**
DEPARTMENT OF CORRECTIONS & REHABILITATION
PRISONS DIVISION
SFN 50247 (Rev. 04-2001)

TITLE 28 U.S.C. 1746

STATE OF NORTH DAKOTA  )
                       ) SS.
COUNTY OF BURLEIGH     )

The undersigned, being duly sworn under penalty of perjury, deposes and says: I'm over the age of eighteen years and on the __18__ Day of __november__, 20 _06_, _____ p M, I mailed the following:

(1) notice of appeal
(2) motion to appeal in forma pauperis

by placing it/them in a prepaid enveloped, and addressed as follows:

clerk of court
united states district court for
the district of columbia
333 constitution avenue n.w.
washington d,c, 20001

and depositing said envelope in the Mail, at the NDSP, P.O. Box 5521, Bismarck, North Dakota 58506-5521.

AFFIANT _[signature]_

P.O. Box 5521
Bismarck, North Dakota 58506-5521

Subscribed and sworn to before me this _____ day of _____, 20_____.

| Notary Public | My Commission Expires On |
| --- | --- |
|   |   |