AO 240 (Rev. 6/86) Application to Proceed

# United States District Court
for the
_____ DISTRICT OF columbia _____

anthony james moore plaintiff

v.

the national DNAS index system et,al, defendants

APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER

CASE NUMBER: 06-0362

---

I, __anthony james moore_____, declare that I am the *(check appropriate box)*

☒ petitioner/plaintiff  ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant  ☐ _____
*other*

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows: appeal fee filing fee for appeal the issue is whether the district court abused its discretion or erred by dismissing the case without prejudice whereas the plaintiff has made it clear that he desires the case to move forard and not dismissed without prejudice,

In further support of this application, I answer the following questions.

1. Are you presently employed?     Yes ☐    No ☒
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment      Yes ☐    No ☒
   b. Rent payments, interest or dividends?      Yes ☐    No ☒
   c. Pensions, annuities or life insurance payments?      Yes ☐    No ☒
   d. Gifts or inheritances?      Yes ☐    No ☒
   e. Any other sources?      Yes ☐    No ☒

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐    No ☐    (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐    No ☐
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  november 15 2006,          _____
             ~~NOVEMBER     2006~~
                   (Date)                   Signature of Applicant

## CERTIFICATE
(Prisoner Accounts Only)

spending I certify that the applicant named herein has the sum of $ ___.16_____
on account to his credit at the __North Dakota State Penitentiary__
institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: __-0- Release Aid__

I further certify that during the last six months the applicant's average spending balance was $ __.07__

                    Tamera Q Schroeder, Account Technician - II    11-15-06
                              Authorized Officer of Institution

### ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____ _____<br>United States Judge    Date | _____ _____<br>United States Judge    Date<br>or Magistrate |

# NDSP BISMARCK
## Inmate Financial Management

Period Covered:
5/1/2006 to 11/15/2006

**Inmate Number: 22547**  **MOORE, ANTHONY J**

Printed 11/15/2006 at 12:11:19PM    Location: **NDSP - AS - 1W**

Beginning Balances as of 5/1/2006 :

| Spending Acct | + | Release Aid | - | Debt | = | Account Balance |
|---|---|---|---|---|---|---|
| 0.00 | | 0.00 | | 151.71 | | -151.71 |

Account activity:

Resulting Balances

| Date | Time | Transaction | Description | Amount | Spending Acct | Debt | Release Aid |
|---|---|---|---|---|---|---|---|
| 7/11/2006 | 9:42 am | PINMATE PAY | AS PAY | 29.70 | 22.27 | 151.71 | 7.43 |
| 7/11/2006 | 9:42 am | | PAY ADJ | 4.45 | 17.82 | 151.71 | 11.88 |
| 7/11/2006 | 9:43 am | | RA TO SA TO RECOVER DEBT | -11.88 | 29.70 | 151.71 | 0.00 |
| 7/11/2006 | 9:51 am | <PLGL POSTAGE> | Payment for PLGL POSTAGE on 2004-04-19-0 | -0.48 | 29.22 | 151.23 | 0.00 |
| 7/11/2006 | 9:51 am | <PLGL POSTAGE> | Payment for PLGL POSTAGE on 2004-05-25-0 | -1.11 | 28.11 | 150.12 | 0.00 |
| 7/11/2006 | 9:51 am | <PLGL POSTAGE> | Payment for PLGL POSTAGE on 2004-05-28-0 | -0.37 | 27.74 | 149.75 | 0.00 |
| 7/11/2006 | 9:51 am | <PLGL POSTAGE> | Payment for PLGL POSTAGE on 2004-06-01-0 | -0.74 | 27.00 | 149.01 | 0.00 |
| 7/11/2006 | 9:51 am | <PLGL POSTAGE> | Payment for PLGL POSTAGE on 2004-06-02-0 | -0.37 | 26.63 | 148.64 | 0.00 |
| 7/11/2006 | 9:51 am | <PLGL POSTAGE> | Payment for PLGL POSTAGE on 2004-06-04-0 | -0.74 | 25.89 | 147.90 | 0.00 |
| 7/11/2006 | 9:51 am | <PLGL POSTAGE> | Payment for PLGL POSTAGE on 2004-06-15-0 | -0.37 | 25.52 | 147.53 | 0.00 |
| 7/11/2006 | 9:51 am | <PLGL POSTAGE> | Payment for PLGL POSTAGE on 2004-06-22-0 | -0.74 | 24.78 | 146.79 | 0.00 |
| 7/11/2006 | 9:51 am | <PLGL POSTAGE> | Payment for PLGL POSTAGE on 2004-06-29-0 | -0.37 | 24.41 | 146.42 | 0.00 |
| 7/11/2006 | 9:51 am | <PLGL POSTAGE> | Payment for PLGL POSTAGE on 2006-01-10-0 | -0.38 | 24.03 | 146.04 | 0.00 |
| 7/11/2006 | 9:51 am | <PLGL COPIES> | Payment for PLGL COPIES on 2004-04-13-08 | -1.20 | 22.83 | 144.84 | 0.00 |
| 7/11/2006 | 9:51 am | <PLGL COPIES> | Payment for PLGL COPIES on 2004-04-26-08 | -0.30 | 22.53 | 144.54 | 0.00 |
| 7/11/2006 | 9:51 am | <PLGL COPIES> | Payment for PLGL COPIES on 2004-05-12-08 | -0.30 | 22.23 | 144.24 | 0.00 |
| 7/11/2006 | 9:51 am | <PLGL COPIES> | Payment for PLGL COPIES on 2004-05-13-08 | -0.60 | 21.63 | 143.64 | 0.00 |
| 7/11/2006 | 9:51 am | <PLGL COPIES> | Payment for PLGL COPIES on 2004-05-26-08 | -0.30 | 21.33 | 143.34 | 0.00 |
| 7/11/2006 | 9:51 am | <PLGL COPIES> | Payment for PLGL COPIES on 2004-06-22-08 | -0.30 | 21.03 | 143.04 | 0.00 |
| 7/11/2006 | 9:51 am | <PLGL COPIES> | Payment for PLGL COPIES on 2004-10-11-08 | -1.00 | 20.03 | 142.04 | 0.00 |
| 7/11/2006 | 9:51 am | <PLGL COPIES> | Payment for PLGL COPIES on 2004-11-09-08 | -0.26 | 19.77 | 141.78 | 0.00 |

25920P01-00001 rev 01