IN THE UNITED STATES DISTRICT COURT WASHINGTON D.C.

ANTHONY JAMES MOORE, PLAINTIFF

VS.

THE NATIONAL DNA INDEX SYSTEM, DEFENDANTS ET. AL.,

CASE NO. 06-0362

C.A. 06-362 (EGS)

U.S. COURT OF APPEALS FOR DISTRICT OF COLUMBIA CIRCUIT
DEC - 6 2006
RECEIVED

AMENDED NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN THAT ANTHONY JAMES MOORE THE PLAINTIFF IN THE ABOVE NAMED CASE HEREBY APPEALS TO THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA FROM THE ORDER DISMISSING THE CASE WITHOUT PREJUDICE DOCKET ENTRY NUMBER 20 ENTERED IN THIS ACTION ON NOVEMBER 7 2006. THE ISSUES ARE (1) WHETHER THE DISTRICT COURT ABUSED ITS DISCRETION OR ERRED BY DISMISSING THE CASE WITHOUT PREJUDICE WHEREAS THE PLAINTIFF HAS MADE IT CLEAR THAT HE DESIRES THE CASE TO MOVE FORWARD AND NOT DISMISSED WITHOUT PREJUDICE (2) WHETHER THE DISTRICT COURT HAS ABUSED IT DISCRETION OR ERRED BY NOT FILING DOCUMENTS THAT THE PLAINTIFF HAS SUBMITTED TO THE COURT TO BE FILED.

ANTHONY JAMES MOORE-22547
NORTH DAKOTA STATE PRISON
BISMARCK, NORTH DAKOTA 50506-5521

DECEMBER 1 2006.