UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY JAMES MOORE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-362 (EGS) |
| ) | |
| **THE NATIONAL DNA INDEX** ) | |
| **SYSTEM** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## ORDER

This Freedom of Information Act matter is before the Court on remand from the United States Court of Appeals for the District of Columbia Circuit and defendants' motion for a protective order and a briefing schedule. Upon consideration of the defendants' motion, any response from plaintiff, and the entire record in this matter, the Court finds that the schedule for briefing a dispositive motion proposed by defendants is reasonable and that there is currently no grounds for discovery in this case. The Court will evaluate defendants' evidence concerning its response to plaintiff's request for information under the FOIA in the first instance. Accordingly, it is hereby

**ORDERED** that defendants' motion for a protective order is **GRANTED**, and defendants are relieved from having to respond to any past or future discovery requests from plaintiff pending further Order of this Court; and it is further

**ORDERED** that the following deadlines will apply for defendants to file a motion for summary judgment: Defendants' Motion for Summary Judgment will be filed by **July 31, 2007**; Plaintiff's Opposition is due by **September 7, 2007**; and Defendants' Reply shall be submitted by **October 4, 2007.**

_____         _____
Date                                              EMMET G. SULLIVAN
                                                  United States District Judge

**Copies:**

To Plaintiff By U.S. Mail:
ANTHONY JAMES MOORE
No. 22547
North Dakota State Penitentiary
P. O. Box 5521
Bismarck, North Dakota 50506-5521

To Counsel for Defendants By ECF:
AUSA Jane M. Lyons (jane.lyons@usdoj.gov)