In The United States District Court Washington D.C.

Anthony Moore, Plaintiff )
)
vs )
)
The National Dna Index )
System Et, al, Defendants )

RECEIVED
JUL 12 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case No. 06-0362 (EGS)

Plaintiffs Response to the Defendants Motion for Protection Order and Proposed Briefing Scheduling.

Instead of providing me with the Dna Records that are in the Defendants system and possession, They are doing all that They can to not provide the plaintiff with those dna records, that includes "Lying to the Court." The defendants are stalling and attempting to protract this matter, with needless Delays, and pleadings. The plaintiff request that the defendants motion be denied, and the plaintiffs

Page 1 of 2

Motion for Compelling Discovery and appointment of Counsel, Dated for June 14, 2007 both Be granted instead. "See those motions". Especially the attached interrogatories and Request for the production of documents.

Anthony Moore
North Dakota State Prison
Bismarck, North Dakota 58506

July 9, 2007

Page 2 of 2

**CERTIFICATE OF SERVICE BY MAIL**
DEPARTMENT OF CORRECTIONS & REHABILITATION
PRISONS DIVISION
SFN 50247 (Rev. 04-2001)

STATE OF NORTH DAKOTA )
) SS.
COUNTY OF BURLEIGH )

The undersigned, being duly sworn under penalty of perjury, deposes and says: I'm over the age of eighteen years and on the __9__ Day of __July__, 20 __07__, _____ P M, I mailed the following:

Plaintiffs response to the defendants Motion For Protective Order.

by placing it/them in a prepaid enveloped, and addressed as follows:

Jane M. Lyons - assistant attorney United States Civil Division
555 4th Street, NW Room E4822
Washington, D.C, 20530

and depositing said envelope in the Mail, at the NDSP, P.O. Box 5521, Bismarck, North Dakota 58506-5521.

AFFIANT  Anthony Moore
P.O. Box 5521
Bismarck, North Dakota  58506-5521

Subscribed and sworn to before me this _____ day of _____, 20_____.

| Notary Public | My Commission Expires On |
|---|---|
|  |  |