# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-5390**  **September Term, 2006**

06cv00362

Filed On: April 26, 2007 [1036771]

Anthony James Moore,
    Appellant

v.

National DNA Index System, et al.,
    Appellees

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 4/27/07
BY: _____, Deputy Clerk
ATTACHED: __ Amending Order
__ Opinion
__ Order on Costs

FILED JUL 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**BEFORE:** Rogers, Brown, and Kavanaugh, Circuit Judges

## ORDER

Upon consideration of the motion for remand and brief, the opposition thereto, and the reply; the motion for summary affirmance and the opposition thereto; the letter from appellant to the court, dated February 22, 2007; the letter from appellant to the court, dated March 1, 2007, construed as a motion to expedite; and the letter from appellant to the court, dated March 28, 2007, it is

**ORDERED** that the motion for summary affirmance be denied. It is

**FURTHER ORDERED**, on the court's own motion, that the district court's order filed November 7, 2006, dismissing without prejudice, be vacated. It is

**FURTHER ORDERED** that the motion for remand be granted. After appellant filed the motion which appellees and the district court construed as a request for voluntary dismissal, he filed an amended complaint, a reply in support of his motion for an order for sanctions and disciplinary action, and a motion for judgment by default, all of which clearly reflected appellant's intent to go forward with his complaint. It is

**FURTHER ORDERED** that the motion for expedition be dismissed as moot.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk