IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANTHONY J. MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-CV-0362(EGS) |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF DAVID M. HARDY

I, David M. Hardy, declare as follows:

(1)     I am currently the Section Chief of the Record/Information Dissemination Section ("RIDS"), Records Management Division ("RMD"), at Federal Bureau of Investigation Headquarters ("FBIHQ") in Washington, D.C.  I have held this position since August 1, 2002. Prior to my joining the Federal Bureau of Investigation ("FBI"), from May 1, 2001 to July 31, 2002, I was the Assistant Judge Advocate General of the Navy for Civil Law.  In that capacity, I had direct oversight of Freedom of Information Act ("FOIA") policy, procedures, appeals, and litigation for the Navy.  From October 1, 1980 to April 30, 2001, I served as a Navy Judge Advocate at various commands and routinely worked with FOIA matters.  I am also an attorney who has been licensed to practice law in the State of Texas since 1980.

(2)     In my official capacity as Section Chief of RIDS, I supervise approximately 209 employees who staff a total of ten (10) FBIHQ units and a field operational service center unit whose collective mission is to effectively plan, develop, direct, and manage responses to requests

for access to the FBI records and information pursuant to the FOIA; Privacy Act; Executive

Order 12958, as amended; Presidential, Attorney General, and FBI policies and procedures;

judicial decisions; and Presidential and Congressional directives. The statements contained in

this declaration are based upon my personal knowledge, upon information provided to me in my

official capacity, and upon conclusions and determinations reached and made in accordance

therewith.

(3)    Due to the nature of my official duties, I am familiar with the procedures followed

by the FBI in responding to requests for information from its files pursuant to the provisions of

the FOIA, 5 U.S.C. § 552, and the Privacy Act of 1974, 5 U.S.C. § 552a. Specifically, I am

aware of the FBI's treatment of the November 9, 2005 FOIA/Privacy Act request of plaintiff

Anthony James Moore, which seeks access to a copy of plaintiff's DNA test results.

(4)    The purpose of this declaration is to provide the Court and plaintiff with an

explanation of the procedures used to search for records responsive to plaintiff's request and the

no records response plaintiff received as a result of this search.

## CORRESPONDENCE

(5)    By letter dated November 9, 2005, plaintiff submitted a FOIA/Privacy Act request

to the FBI Laboratory Division for "a copy of the DNA (deoxyribonucleic acid) test results that in

your possession involving pamela j norh and me anthony james moore. . . ." **(See Exhibit A.)**

(6 )    By letter dated November 18, 2005, FBIHQ advised plaintiff that his request letter

did not contain sufficient information to conduct an accurate search of the Central Records

System at FBIHQ. The FBI requested plaintiff provide additional identifying information. On

November 25, 2005, plaintiff returned the November 18, 2005 letter with the requested

information. **(See Exhibit B.)**

(7)    By letter dated December 12, 2005, FBIHQ advised plaintiff that a search of the automated indices to its Central Records System files at FBIHQ located no records responsive to his FOIA/Privacy Act request, assigned FOIPA Request Number 1034532. Plaintiff was also advised that he could file an administrative appeal by writing to the Co-Director, Office of Information and Privacy ("OIP"), United States Department of Justice ("DOJ"), Flag Building, Suite 570, Washington, DC 20530. **(See Exhibit C.)**

(8)    By letter dated December 15, 2005, plaintiff appealed the denial of his request for a copy of his DNA analysis results. **(See Exhibit D.)**

(9)    By letter dated January 5, 2006, OIP advised plaintiff that his appeal was received on December 30, 2005. Plaintiff was also informed of OIP's substantial backlog of pending appeals and that his appeal was assigned Appeal No. 06-0860. **(See Exhibit E.)**

(10)    The Criminal Justice Information Services ("CJIS") Division also received two FOIA/Privacy Act requests from plaintiff, one on February 28, 2006, and the other on March 20, 2006, in which he asked for his "DNA [] analysis results." The search for records responsive to these requests are discussed in the Declaration of Kimberly J. Del Greco, who is the Section Chief of the Identification and Investigative Services Section, Operations Branch, CJIS Division, FBI and the Declaration of Robert Fram, who is the Section Chief of the Scientific Analysis Section, Laboratory Division, FBI.

(11)    On September 18, 2006, plaintiff filed an Amended Complaint in the United States District Court for the District of Columbia against "the national DNA index system, et, al, defendants," seeking the release of the materials he requested in his November 9, 2005 FOIA/Privacy Act request.

(12)    By letter dated October 23, 2006, OIP closed plaintiff's December 15, 2005 appeal

because plaintiff had filed the Complaint in the present lawsuit on September 18, 2006.
(See Exhibit F.)

## EXPLANATION OF THE FBI'S CENTRAL RECORDS SYSTEM

(13)     The Central Records System ("CRS") enables the FBI to maintain all information

which it has acquired in the course of fulfilling its mandated law enforcement responsibilities.

The records maintained in the CRS consist of administrative, applicant, criminal, personnel, and

other files compiled for law enforcement purposes.  CRS is organized into a numerical sequence

of files, called FBI "classifications," which are broken down according to subject matter.  The

subject matter of a file may correspond to an individual, organization, company, publication,

activity, or foreign intelligence matter (or program).  Certain records in the CRS are maintained

at FBIHQ.  Records that are pertinent to specific field offices of the FBI are maintained in those

field offices.  Although the CRS is primarily designed to serve as an investigative tool, the FBI

utilizes the CRS to conduct searches that are likely to yield documents responsive to

FOIA/Privacy Act requests.  The mechanism that the FBI uses to search the CRS is the

Automated Case Support System ("ACS").

(14)     The ACS was implemented for all Field Offices, Legal Attaches ("Legats"), and

FBIHQ in order to consolidate portions of the CRS that were previously automated.  ACS can be

described as an internal computerized subsystem of the CRS.  Because the CRS cannot

electronically query the case files for data, such as an individual's name or social security

number, the required information is duplicated and moved to the ACS so that it can be searched.

More than 105 million records from the CRS were converted from automated systems previously

utilized by the FBI.  Automation did not change the CRS; instead, automation has facilitated

more economic and expeditious access to records maintained in the CRS.

(15)    The retrieval of data from the CRS is made possible through the ACS using the General Indices, which are arranged in alphabetical order.[1] The entries in the General Indices fall into two categories:

(a) A "main" entry --- A "main" entry, or "main" files, carries the name corresponding with a subject of a file contained in the CRS.

(b) A "reference" entry --- "Reference" entries, sometimes called "cross- references," are generally only a mere mention or reference to an individual, organization, or other subject matter, contained in a document located in another "main" file on a different subject matter.

(16)    Searches made in the General Indices to locate records concerning a particular subject, such as Anthony James Moore, are made by searching the subject requested in the index.

(17)    The ACS consists of three integrated, yet separately functional, automated applications that support case management functions for all FBI investigative and administrative cases:

(a)    Investigative Case Management ("ICM") – ICM provides the ability to open, assign, and close investigative and administrative cases as well as set, assign, and track leads. The Office of Origin ("OO"), which sets leads for itself and other field offices, as needed, opens a case. The field offices that receive leads from the OO are referred to as Lead Offices ("LOs"). When a case is opened, it is assigned a Universal Case File Number ("UCFN"), which is used by all FBIHQ, as well as all FBI field offices and Legats that are conducting or assisting in the investigation. Using a fictitious file number "111-HQ-12345" as an example, an explanation of the UCFN is as follows: "111" indicates the classification for the specific type of investigation; "HQ" is the abbreviated form used for the OO of the investigation, which in this

---

[1] The General Indices are not only automated but also include index cards which allow a manual search for records that pre-date the implementation of ACS on October 16, 1995.

case is FBIHQ; and "12345" denotes the individual case file number for the particular investigation.

(b) Electronic Case File ("ECF") – ECF serves as the central electronic repository for the FBI's official text-based documents. ECF supports the universal serial concept in that only the creator of a document serializes it into a file. This provides a single-source entry of serials into the computerized ECF system. All original serials are maintained in the OO case file.

(c) Universal Index ("UNI") – UNI continues the universal concepts of ACS by providing a complete subject/case index to all investigative and administrative cases. Only the OO is required to index; however, the LOs may index additional information as needed. UNI, an index of approximately 98.7 million records, functions to index names to cases, and to search names and cases for use in FBI investigations. Names of individuals or organizations are recorded with identifying applicable information such as date or place of birth, race, sex, locality, Social Security number, address, and/or date of event.

(18) The decision to index names other than subjects, suspects, and victims is a discretionary decision made by the investigative FBI Special Agent ("SA") assigned to work on the investigation, the Supervisory SA ("SSA") in the field office conducting the investigation, and the SSA at FBIHQ. The FBI does not index every name in its files; rather, it indexes only that information considered pertinent, relevant, or essential for future retrieval. Without a "key" (index) to this enormous amount of data, information essential to ongoing investigations could not be readily retrieved. The FBI files would thus be merely archival in nature and could not be effectively used to serve the mandated mission of the FBI, which is to investigate violations of federal criminal and national security statutes. Therefore, the General Indices to the CRS files

are the means by which the FBI can determine what retrievable information, if any, the FBI may have in its CRS files on a particular subject matter or individual, i.e., Anthony James Moore.

### SEARCH FOR RECORDS RESPONSIVE TO PLAINTIFF'S REQUEST

(19)    In response to plaintiff's request to FBIHQ, the FBI initiated a search in the CRS for responsive records using plaintiff's name to locate any main investigatory files maintained at FBIHQ. A search conducted by using the name "Anthony James Moore" would cover a search with a phonetic breakdown of plaintiff's first, middle, and last name, in addition to a basic search using the exact spelling of the name provided by plaintiff. A phonetic search breaks down the name, plus shows any variation of the first, middle, and/or last name that sounds like, or is spelled differently than, the name entered. FBIHQ also used plaintiff's date of birth and address to facilitate the identification of responsive records. This search failed to locate any main investigatory files responsive to plaintiff's request.

(20)    In the absence of a specific request for a search of "cross references" at the administrative level, the FBI's current policy is to search for and identify only "main" files responsive to FOIA/Privacy Act requests. A cross-reference is defined as a mention of the subject of a request in a file on another individual, organization, event, activity or the like. In this case, plaintiff did not specifically request that a search be conducted for cross-references. However, upon receipt of the Complaint in this case the FBI reaffirmed its search of FBIHQ for records responsive to plaintiff's request by searching the indices of the CRS for main files and cross-references. Pursuant to this second search, FBIHQ located no responsive records--either main files or cross-references.

(21)    In addition to plaintiff's November 9, 2005 request to FBIHQ, the CJIS Division also received two FOIA/Privacy Act requests from plaintiff, one on February 28, 2006, and the

other on March 20, 2006, in which he asked for his "DNA [] analysis results." The CJIS

Division indicated that the Laboratory Division was the component within the FBI most likely to

have records responsive to plaintiff's request, a search of the Laboratory Division's records was

conducted on or about November 8, 2006.  No responsive records were located and the results of

this search are explained in the Declaration of Robert Fram.

## CONCLUSION

(22)    FBIHQ has searched all places reasonably likely to contain responsive

documents, but found no records responsive to plaintiff's request.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct, and that **Exhibits A through F** attached hereto are true and correct copies..

Executed this _____ day of July, 2007.


DAVID M. HARDY
Section Chief
Record/Information Dissemination Section
Records Management Division
Federal Bureau of Investigation
Washington, D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY J. MOORE,                                )
                                                 )
                                                 )
                                                 )
            Plaintiff,                           )
                                                 )  Civil Action No. 06-CV-0362
        v.                                       )
                                                 )
FEDERAL BUREAU OF INVESTIGATION, et al. )
                                                 )
            Defendant.                           )
                                                 )

# **<u>Exhibit A</u>**

federal bureau of investigations-laboratory division
j edgar hoover f.b.i. bldg
ninith street and pennsylvannia avenue
washington d.c. 20535

## FREEDOM OF INFORMATION AND PRIVACY ACT REQUEST

good morning dear federal bureau of investigations department
i respectfully request a copy of the DNA(deoxyribonucleic acid)
test results that in your possession involving  pamela j norh and  me
anthony james moore hope olson the director of the crime laboratory
division 2635 east main avenue in bismarck, north dakota 58502 laborato
number Co4-1175 the crime  laboratory division has established a system
with the national DNA idenification index to ensure data exchangeon a
national level especially with the federal goverment these DNA analysis
results were provided to you in addition to this you have been provided
with the DNA results from the fargo police department in fargo north da
there agency number is 01008771  in that case, i believe that youare th
correct source to grant this request if for some reason you are not the
please forward to whom is that is a federal source and or provide me wi
the name and address and zip code of that federal source so that i can
present this request to them i do not require the 2 page screening
analysis dated for may 17 2004 performed by ondrea miller forensic
scientist for semen was found on the underwear of pamela norh and on
vaginal swabs and smears and on oral and rectal smears  and a known blc
sample and saliva sample from me anthony james moore were placed into a
DNA trace packet for analysis. i ask for those results to be sent to me
promptly without any delay occuringthis request is extreme important.
the requester expects to hear from you within a very brief period with
action in his favor thank you for your time and cooperation do have a
wonderful day.

                              sincerely yours



anthony james moore 22547
north dakota state prison
bismarck, north dakota 58506-5521


november 9 2005,

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY J. MOORE,                          )
                                           )
                                           )
                                           )
            Plaintiff,                     )
                                           ) Civil Action No. 06-CV-0362
        v.                                 )
                                           )
FEDERAL BUREAU OF INVESTIGATION, et al. )
                                           )
            Defendant.                     )
                                           )

# **Exhibit B**



U.S. Department of Justice

*Federal Bureau of Investigation*

Washington, D.C. 20535

November 18, 2005

Mr. Anthony James Moore
**22547
North Dakota State Prison
Bismarck, ND  58506-5521

Dear Mr. Moore:

Your Freedom of Information-Privacy Acts (FOIPA) request is being returned. Your letter did not contain sufficient information to conduct an accurate search of the central records system at FBI Headquarters. The following information is necessary:

Full Name: *ANTHONY JAMES MOORE*

Current Address: *NORTH DAKOTA STATE PENITENTIARY P.O. BOX 5521* *BISMARCK, NORTH DAKOTA 58506*

Date of Birth: *MAY 31 1968*    Place of Birth: *MINNESOTA*

Daytime Telephone Number: *201-328-6100*

You may also wish to provide prior addresses, employments, aliases, etc., which you believe may assist the FBI in locating the information you seek. *THE DNA ANALYSIS THAT ARE REQUESTED BY ME. I AM THE SUBJECT OF THOSE DNA ANALYSIS. PLEASE SEND TO ME PROMPTLY*

Under penalty of perjury, I hereby declare that I am the person named above and I understand that any falsification of this statement is punishable under the provisions of Title 18, United States Code (U.S.C.), Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five years, or both; and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of Title 5, U.S.C., Section 552a(i)(3) as a misdemeanor and by a fine of not more than $5,000. **All signatures under the certification of perjury statement MUST be an original signature, as the FBI is no longer accepting faxed signatures.**

Signature *Anthony James Moore*    Date *NOVEMBER 25 2005.*

To initiate your FOIPA request, please returned the original request letter with the requested information. Please note that mail addressed to the FBI is delayed several weeks due to increased security procedures now in place. You must MAIL your request with your original signature, as the FBI is no longer accepting faxed signatures after the perjury statement.

Sincerely yours,

David M. Hardy

David M. Hardy
Section Chief
Record/Information
    Dissemination Section
Records Management Division

federal bureau of investigations-laboratory division
j edgar hoover f.b.i. bldg
ninith street and pernsylvannia avenue
washington d.c. 20535

**FREEDOM OF INFORMATION AND PRIVACY ACT REQUEST**

good morning dear federal bureau of investigations department
i respectfully request a copy of the DNA(deoxyribonucleic acid)
test results that in your possession involving pamela j norh and  me
anthony james moore hope olson the director of the crime laboratbryy
division 2635 east main avenue in bismarck, north dakota 58502 laboratory
number Co4-1175 the crimez laboratory division has established a system
with the national DNA idenification index to ensure data exchangeon a
national level especially with the federal goverment these DNA analysis
results were provided to you in addition to this you have been provided
with the DNA results from the fargo police department in fargo north dakota
there agency number is 01008771. in that case, i believe that youare the
correct source to grant this request if for some reason you are not then
please forward to whom is that is a federal source and or provide me with
the name and address and zip code of that federal source so that i can
present this request to them i do not require the 2 page screening
analysis dated for may 17 2004 performed by ondrea miller forensic
scientist for semen was found on the underwear of pamela norh and on
vaginal swabs and smears and on oral and rectal smears  and a known blood
sample and saliva sample from me anthony james moore were placed into a
DNA trace packet for analysis. i ask for those results to be sent to me
promptly without any delay occuringthis request is extreme important.
the requester expects to hear from you within a very brief period with
action in his favor thank you for your time and cooperation do have a
wonderful day.

                        sincerely yours



        _9 8 d ~ 71_
anthony james moore 22547
north dakota state prison
bismarck, north dakota 58506-5521



november 9 2005,

# Privacy Waiver and Certification of Identity

FOIPA Request Number _____
(if known)

Full Name: _ANTHONY JAMES MOORE_

Current Address: _NORTH DAKOTA STATE PENITENTIARY_

_BISMARCK, NORTH DAKOTA  58706  5521_

Date of Birth: _MAY 31 1869_    Place of Birth: _MINNEAPOLIS, MINNESOTA_

(Optional: Prior addresses, employments, aliases, etc., which may assist the FBI in locating the
requested information) _I ANTHONY JAMES MOORE AM THE SUBJECT_
_OF THE DNA ANALYSIS PERFORMED AT THE CRIME LABORATORY_
_DIVISION INVOLVING PAMELA J. NORA AND ME UNDER LABORATORY NUMBER_
_C04-1175 PROVIDED TO YOU FROM THE CRIME LABORATORY DIVISION IN BISMARCK NORTH DAKOTA_

**I hereby waive my right to privacy, and I authorize the FBI to release any and all
information relating to me to :**

**(name, address, & phone of Attorney or other Designee)**

_ANTHONY JAMES MOORE - dd547_

_NORTH DAKOTA STATE PENITENTIARY_

_BISMARCK, NORTH DAKOTA 58706 5521_

Under penalty of perjury, I hereby declare that I ar. the person described above and understand
that any falsification of this statement is punishable under the provisions of Title 18, United States Code
(U.S.C.), Section 1001 by a fine of not more than $10,000 or by imprisonment of not more than five
years, or both; and that requesting or obtaining any record(s) under false pretenses is punishable under
the provisions of Title 5, U.S.C., Section 552a (i)(3) as a misdemeanor and by a fine of not more than
$5,000.

Signature: _Anthony James M_    Date: _NOVEMBER 25 2005,_

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|                                          |     |                              |
|------------------------------------------|-----|------------------------------|
| ANTHONY J. MOORE,                        | )   |                              |
|                                          | )   |                              |
|                                          | )   |                              |
| Plaintiff,                               | )   |                              |
|                                          | )   | Civil Action No. 06-CV-0362  |
| v.                                       | )   |                              |
|                                          | )   |                              |
| FEDERAL BUREAU OF INVESTIGATION, et al.  | )   |                              |
|                                          | )   |                              |
| Defendant.                               | )   |                              |
|                                          | )   |                              |

# **Exhibit C**



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

December 12, 2005

MR ANTHONY JAMES MOORE
**22547
POST OFFICE BOX 5521
BISMARCK, ND  58506-5521

Request No.: 1034532- 000
Subject: MOORE, ANTHONY JAMES

Dear Mr. Moore:

This is in response to your Freedom of Information-Privacy Acts (FOIPA) request noted above.

A search of the automated indices to our central records system files at FBI Headquarters located no records responsive to your FOIPA request.

Although no records responsive to your FOIPA request were located in our automated indices, we are required to inform you that you are entitled to file an administrative appeal if you so desire. Appeals should be directed in writing to the Co-Director, Office of Information and Privacy, U. S. Department of Justice, Suite 570, Flag Building, Washington, D. C. 20530, within 60 days from the date of this letter. The envelope and the letter should be clearly marked "Information Appeal." Please cite the FOIPA request number assigned to your request so that it may easily be identified.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY J. MOORE, | ) |
| | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-CV-0362 |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, et al. | ) |
| | ) |
| Defendant. | ) |
| | ) |

# **Exhibit D**

CO-DIRECTOR OF CE OF INFORMATION AND PRIVACY
UNITED STATES DEPARTMENT OF JUSTICE
SUITE 570, FLAG BUILDING
WASHINGTON, D.C. 20530-0001

REQUEST NUMBER: 1034532-600

APPEAL OF THE DENIAL OF FREEDOM OF INFOR
-MATION ACT REQUEST AND PRIVACY ACT REQUEST

GOOD morning. THERE IS ABSOLUTELY NO LEGITIMATE
REASON FOR DENYING MY REQUEST FOR THE ONA
ANALYSIS RESULTS UNDER THE FREEDOM OF INFORMAT
ION ACT AND OR PRIVACY ACT CONSIDERING SINCE I'AM
THE SUBJECT OF THOSE ONA ANALYSIS TEST RESULTS
PERFORMED IN AND AT THE CRIME LABORATORY
DIVISION IN BISMARCK, NORTH DAKOTA, THESE ONA
ANALYSIS RESULTS ARE REQUIRED TO PROVE MY ACTUAL
INNOCENCE OF THE ALLEGED CRIME. THE DENIAL OF SUCH
HAS ONLY COMPLETELY RESULTED IN A MAJOR UNNECESS
ARY DELAY IN ME PROVING MY ACTUAL INNOCENCE, IN
THE LOWER COURTS, AND ESPECIALLY IN THE FEDERAL
COURTS AS WELL, THE ISSUE AND QUESTION IS THIS,
WHETHER THE REFUSAL AND DENIAL OF THE UNITED STATES
DEPARTMENT OF JUSTICE TO PROVIDE ME WITH A COPY OF
THE ONA (DEOXYRIBONUCLEIC ACID) ANALYSIS RESULTS
IN THERE POSSESSION HAS DEPRIVED ME OF BEING ABLE
TO PROVE MY ACTUAL INNOCENCE OF THE CRIME IS A
FACTUAL PREDICATE THAT COULD HAVE NOT BEEN

PAGE 1 OF 3

PREVIOUSLY DISCOVERED THROUGH THE EXERCIZE OF
DUE DILIGENCE, THUS THE REASONS SETS FOWTH IN THE
DENIAL OF THOSE DNA ANALYSIS RECORDS ARE COMPLETELY
NON-SENSE, SEE RICHMOND NEWSPAPER INC U. VIRGINIA
100 SCT 2814 JUSTICE STEVENS NOTED THAT THE CORE
OF THE FIRST AMENDMENT IS ACCESS TO INFORMATION ABOUT
THE OPERATION AND FUNCTIONING OF THE GOVERNMENT,
THE DNA RECORDS THAT ARE REQUESTED BY ME ARE ON ME
I'M THE SUBJECT OF THOSE RECORDS NO ONE ELSE IS. ALSO SEE
GOODSHAIR U. MONTGOMERY COUNTY DISTRICT ATTORNEY
177 F. SUPP 2D 366, THOSE DNA RESULTS WERE
PROVIDED TO THE NATIONAL DNA INDEX SYSTEM
FROM THE CRIME LABORATORY DIVISION IN BISMARCK
NORTH DAKOTA. MR DAVID M. HARDY THE SECTION
CHIEF IS LYING TO ME BY RESPONDING THAT
AUTOMATED INDICES TO OUR CENTRAL RECORDS SYSTEM FILES
AT FDI HEADQUARTERS LOCATED NO RECORDS RESPONSIVE
TO MY FOIPA REQUEST HE IN FACT HAS THEM, BUT
CHOOSES NOT TO PROVIDE ME WITH, IF NO AUTOMATED
INDICIS DO NOT DETECT AND OR SAVE THOSE DNA ANALYSIS
RECORDS, THEN THEY ARE IN ANOTHER SECTION OF THE FDI
HEADQUARTERS RECORDS DEPARTMENT. AND I RESPECTFULLY
REQUEST THAT THOSE RECORDS BE PROVIDED TO ME
PROMPTLY, AS IT IS CURRENTLY NOW THAT MR

PAGE 2 OF 5

DAVID M. HARDY IS DELIBERATELY WITHHOLDING THOSE DNA
ANALYSIS RECORDS FROM ME, I CAN PROMISE YOU
THAT IF THOSE DNA ANALYSIS RECORDS ARE NOT
PROVIDED TO ME PROMPTLY, CIVIL LITIMATION WILL SOON
FOLLOW. THE REQUESTOR EXPECTS TO HEAR FROM YOU
WITHIN A VERY BRIEF PERIOD. THANK YOU FOR YOUR TIME
AND COOPERATION. OR HAVE AN WONDERFUL DAY.

SINCERELY YOURS,

ANTHONY JAMES MOORE-22547
NORTH DAKOTA STATE PRISON
BISMARK, NORTH DAKOTA 58506-5521

DECEMBER 15 2005

OFFICE OF INFORMATION
AND PRIVACY

DEC 30 2005

RECEIVED

PAGE 3 OF 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANTHONY J. MOORE, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-CV-0362 |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, et al. | ) |
| | ) |
| Defendant. | ) |
| | ) |

# **Exhibit E**



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

Mr. Anthony James Moore                    JAN 0 5 2006
No. 22547
North Dakota State Prison                    *1-5-06*
P.O. Box 5521
Bismarck, ND 58506-5521

     Re: Request No. 1034532

Dear Mr. Moore:

     This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received by this Office on December 30, 2005.

     The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number 06-0860. Please mention this number in any future correspondence to this Office regarding this matter.

     We will notify you of the decision on your appeal as soon as we can. We regret the necessity of this delay and appreciate your continued patience.

                       Sincerely,

                       Priscilla Jones
                       Chief, Administrative Staff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY J. MOORE,                    )
                                     )
    Plaintiff,               )
                                     )
        v.           )        Civil Action No. 06-CV-0362
                                     )
                                     )
FEDERAL BUREAU OF INVESTIGATION,     )
    et al.,                  )
                                     )
    Defendant.               )
                                     )

# Exhibit F



**U.S. Department of Justice**

Office of Information and Privacy

---

*Telephone: (202) 514-3642*                    *Washington, D.C. 20530*

**OCT 2 3 2006**

Mr. Anthony James Moore
ND DOC No. 22547
North Dakota State Prison                Re:    Appeal No. 06-0860
Post Office Box 5521                            Request No. 1034532
Bismarck, ND  58506-5521                        BVE:CIH

Dear Mr. Moore:

        You appealed from the action of the Federal Bureau of Investigation on your request for
access to records pertaining to your DNA analysis results.

        I have been informed that you have filed a Complaint for judicial review of the action of
the FBI in the United States District Court for the District of Columbia.  Inasmuch as this matter
is now before the Court, I am closing your appeal file in this Office in accordance with
28 C.F.R. § 16.9(a)(3) (2006).

                                        Sincerely,

                                        Daniel J. Metcalfe
                                        Director