IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY J. MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-CV-0362(EGS) |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) | |
| ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF KIMBERLY J. DEL GRECO

I, Kimberly J. Del Greco, hereby declare as follows:

(1) I am the Section Chief of the Identification and Investigative Services Section ("IISS"), Operations Branch, Criminal Justice Information Services ("CJIS") Division, Federal Bureau of Investigation ("FBI"), U.S. Department of Justice, Clarksburg, West Virginia. I have held this position since July 2003.

(2) The statements made in this declaration are based upon my personal knowledge, upon information provided to me in my official capacity, and upon conclusions and determinations reached and made in accordance therewith. Due to the nature of my official duties as Section Chief, IISS, I am familiar with the procedures for acquiring, collecting, classifying, preserving, and exchanging criminal identification records.

(3) By letter dated February 28, 2006, plaintiff submitted a Freedom of Information Act ("FOIA")/Privacy Act ("PA") request to the CJIS Division, requesting a copy "of the DNA [] analysis results in your established centralized national DNA data base." See Exhibit A.

(4)     In response to plaintiff's request, I advised plaintiff, in a letter dated March 13, 2006, that

> [I]f a DNA sample was taken, you should contact the federal, state or local authority (the authorized agency) which ultimately received the collected DNA sample to obtain instructions on how to access your record. The authorized agency has the DNA record, if one exists, including information as to whether the DNA record has been submitted to NDIS. Only the authorized agency would have information sufficiently specific to permit retrieval of the records from its files by name or other personally identifiable information. The authorized agency may also retrieve the DNA record, if any, that was submitted to NDIS, once local specified requirements are met.

See Exhibit B.

(5)     By letter dated March 20, 2006, plaintiff submitted a second FOIA/PA request in which he asked for substantially the same records as requested in his February 28, 2006 request. However, in this request he asked for "a copy of the DNA [] analysis results, that are in your CODIS, NDIS System." See Exhibit C.

(6)     By letter dated March 29, 2006, I again advised plaintiff that the CJIS Division had no records responsive to his request because:

> DNA information is not maintained by the FBI's CJIS Division. As outlined in my letter to you dated March 13, 2006, you will need to contact the specific agency involved with the collection. As listed in your letter, you should direct your request to the North Dakota Crime Laboratory Division, 2635 East Main Avenue, Bismarck, North Dakota 58501, or the Fargo Police Department, Post Office Box 150, Fargo, North Dakota 50107.

See Exhibit D.

(7)     Pursuant to 28 U.S.C. § 534, the U.S. Attorney General "shall" acquire, collect, classify, and preserve records, including identification, criminal identification, crime, and other

2

records. The authority and power vested in the U.S. Attorney General to perform these functions has been delegated to the FBI. See 28 C.F.R. § 0.85(b). The CJIS Division is the component within the FBI which maintains such records and incorporates the Fingerprint Identification System (FIRS), the National Crime Information Center (NCIC) and the National Instant Criminal Background Check System (NICS). The CJIS Division conducted a search of its records and found no records responsive to plaintiff's FOIA request.

(8)     CODIS is neither a criminal history database nor is it maintained by the CJIS Division. The Laboratory Division is the component within the FBI that maintains the CODIS. The CJIS Division notified the FBI Records Management Division ("RMD") that the Laboratory Division is the component within the FBI most likely to contain records responsive to plaintiff's requests. Based on this RMD request, the Laboratory Division conducted a search of its records and the results of this search are explained in the Declaration of Robert Fram, who is the Section Chief of the Scientific Analysis Section, Laboratory Division, FBI.

(9)     The FBI has conducted a search reasonably calculated to uncover all relevant documents responsive to plaintiff's request, and has found no responsive records. The FBI is also not authorized to intercede on plaintiff's behalf to acquire the requested information from the state or local agency that may have the records requested by plaintiff. Rather, as I instructed in my March 29, 2006 letter, plaintiff will need to send a request to the specific agency involved with the collection.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct, and that Exhibits A through D attached hereto are true and correct copies.

Executed on July 6, 2007, in Clarksburg, West Virginia.

*[signature]*

Kimberly J. Del Greco
Section Chief
Identification and Investigative Services Section
Criminal Justice Information Services Division
Federal Bureau of Investigation

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY J. MOORE,   )
  )
  )
  )
  Plaintiff,   )
  ) Civil Action No. 06-CV-0362
  v.   )
  )
FEDERAL BUREAU OF INVESTIGATION, et al. )
  )
  Defendant.   )
  )

# Exhibit A

NATIONAL CRIME INFORMATION CENTER - RECORDS DEPARTMENT
1000 CUSTER HOLLOW ROAD,
CLARKSBURG, WV 26306

FREEDOM OF INFORMATION PRIVACY ACT REQUEST

Good morning, dear National Crime Information Center, will you provide me with a copy of the DNA (Deoxyribonucleic Acid) analysis results in your established centralized National DNA Data Base. I'm the subject of the analysis and testing my full name and date of birth is Anthony James Moore, May 31, 1969. Semen was detected on the underwear of Pamela J. North, and on vaginal swabs and on oral rectal smears, and an known saliva and blood sample from me were placed into an DNA trace packet for analysis. The testing was performed in the year 2004. The DNA Data Base that you have is supposed to assist subjects, federal, state, local criminal justice agencies and law enforcement agencies within and outside of the state in identification and DNA analysis purposes. You also will have an updated list of names of individuals whose DNA profile are stored in the DNA Data Base. Send to me promptly, thank you for your time and cooperation, you have an wonderful day.

Sincerely yours

Anthony James Moore - 20547
North Dakota State Prison
Bismarck, North Dakota 58506-5521

February 20, 2006.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY J. MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-CV-0362 |
| v. | ) |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, et al. | ) |
| | ) |
| Defendant. | ) |

# Exhibit B



U.S. Department of Justice

Federal Bureau of Investigation

Clarksburg, WV 26306

March 13, 2006

Mr. Anthony James Moore, 22547
North Dakota State Prison
Post Office Box 5521
Bismarck, ND  58506-5521

Dear Mr. Moore:

Reference is made to your letter dated February 28, 2006, requesting a copy of your DNA record.

In response to your request for information about DNA, the following information is provided.  The FBI Laboratory Division's Combined DNA Index System (CODIS) is a distributed database with three hierarchical levels or tiers, local, state, and national.  The National DNA Index System (NDIS) is the highest level in the CODIS hierarchy and enables laboratories participating in the CODIS Program to exchange and compare DNA profiles on a national level.  The Offender Index contains DNA profiles of individuals convicted of sex offenses (and other violent crimes).  However, NDIS does not contain case-related or other personally identifying information about the person from whom the DNA sample was collected.  Devoid of personally identifiable information, DNA records in NDIS contain an NDIS Specimen Identification Number, NDIS Agency Identifier, and a DNA personnel identifier.

Consequently, if a DNA sample was taken, you should contact the federal, state or local authority (the authorized agency) which ultimately received the collected DNA sample to obtain instructions on how to access your record.  The authorized agency has the DNA record, if one exists, including information as to whether the DNA record has been submitted to NDIS.  Only the authorized agency would have information sufficiently

-2-

Mr. Anthony James Moore, 22547

specific to permit retrieval of the record from its files by name or other personally identifiable information. The authorized agency may also retrieve the DNA record, if any, that was submitted to NDIS, once locally specified requirements are met.

                                  Sincerely yours,

                                  *KJD/mes*

                                Kimberly J. Del Greco
                                Section Chief
                                Identification and Investigative
                                  Services Section
                                Criminal Justice Information
                                  Services Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY J. MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-CV-0362 |
| v. ) | |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION, et al. ) | |
| ) | |
| Defendant. ) | |

# Exhibit C

"Section Chief                                  )   FREEDOM OF INFORMATION AND
United States Department of Justice             )   PRIVACY ACT REQUEST
Federal Bureau of Investigation                 )
1000 Custer Hollow Road,                        )
Clarksburg, West Virginia 28606-0001            )

Good morning, Dear Kimberly, Thank you for responding to my fairly recent correspondence to you, dated for February 28 2006. Will you provide me with a copy of the DNA (Deoxyribonucleic Acid) Analysis results, that are in your CODIS, NDIS system. I truly believe that the specimen identification number is either (1) C04-1175 or (2) 14/598, if this is not it, then provide me with the correct specimen identification number. The Agency identifier will be either (1) The North Dakota Crime Laboratory Division 2635 East Main Avenue, Bismarck, North Dakota 58501, or (2) The Fargo Police Department P.O. Box 150 Fargo, North Dakota 58107, and the DNA personnel identifier will be either (1) Hope Olson - The Director Chemist, or (2) Snoker Miller, The Forensic Scientist or (3) Chris Focke or (4) Carol Carlisle. Since you have now the necessary vital information send to me an copy of the DNA Analysis Results. If the specimen numbers are not correct then by all means endeavors to ascertain the correct specimen identification number, of which is greatly appreciated. Thank you for your time cooperation, professionalism and wisdom and understanding. Do have an wonderful day.

                                Sincerely yours,

                                [signature]
                                Anthony James Moore - 22547
                                North Dakota State Prison
                                Bismarck, North Dakota 58506-5521

March 20, 2006,

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY J. MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-CV-0362 |
| v. ) | |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION, et al. ) | |
| ) | |
| Defendant. ) | |

# Exhibit D



U.S. Department of Justice

Federal Bureau of Investigation

Clarksburg, WV 26306

March 29, 2006

Mr. Anthony James Moore, 22547
North Dakota State Prison
Post Office Box 5521
Bismarck, ND  58506-5521

Dear Mr. Moore:

Reference is made to your letter dated March 20, 2006, requesting a copy of your DNA record.

The FBI's Criminal Justice Information Services (CJIS) Division is unable to provide you a copy of your DNA record. DNA information is not maintained by the FBI's CJIS Division. As outlined in my letter to you dated March 13, 2006, you will need to contact the specific agency involved with the collection. As listed in your letter, you should direct your request to the North Dakota Crime Laboratory Division, 2635 East Main Avenue, Bismarck, North Dakota 58501, or the Fargo Police Department, Post Office Box 150, Fargo, North Dakota 50107.

Sincerely yours,

*KJD/mcs*

Kimberly J. Del Greco
Section Chief
Identification and Investigative
  Services Section
Criminal Justice Information
  Services Division