UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY JAMES MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-362 (EGS) |
| ) | Electronic Case Filing |
| THE NATIONAL DNA INDEX ) | |
| SYSTEM *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' STATEMENT OF MATERIAL FACTS NOT IN
GENUINE DISPUTE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Civil Rule 7(h), the proper defendant in this case brought under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), the United States Department of Justice, respectfully submits this statement of material facts which are not in genuine dispute and which entitle defendants to judgment as a matter of law.

1. By letter dated November 9, 2005, plaintiff requested from the FBI's Laboratory Division "a copy of the DNA (deoxyribonucleic acid) test results that [sic] in your possession involving pamela j norh and me anthony james moore. . ." See Declaration of David M. Hardy ("Hardy Dec."), ¶ 5 & Exh. A.

2. By letter dated November 18, 2005, FBI requested additional identifying information from plaintiff. See id. ¶ 6 & Exh. B. On November 25, 2005, plaintiff provided the requested information. See id. ¶ 6.

3. FBI searched its Central Records System files at FBI's Headquarters using variations of plaintiff's name as well as his date of birth and address for any main investigatory files or cross-references in the system involving him. See id. ¶¶ 7, 13-21. No records were

located and FBI informed plaintiff of that result by letter dated December 12, 2005.  See id. ¶ 7 & Exh. C.

  4.  By letter dated December 15, 2005, Plaintiff appealed FBI's action to the Department of Justice's Office of Information and Privacy, but his administrative appeal was closed without resolution because plaintiff filed this action.  See id. ¶¶ 8-9, 12 & Exhs. D, E, and F.

  5.  Plaintiff instituted this action in February, 2006.  See Docket Entry No. 1.  Plaintiff filed an amended complaint in September, 2006 seeking substantially the same relief.  Compare Docket Entry Nos. 1 [complaint] with 13 [amended complaint].

  6.  Plaintiff also sent requests for DNA information dated February 28, 2006 and March 20, 2006 to FBI.  See Hardy Dec. ¶ 10; Del Greco Dec. ¶¶ 3, 5 & Exh. A, C; Fram Dec. ¶ 4.

  7.  FBI's Laboratory Division and Investigative Services Section within the Criminal Justice Information Services were contacted to ensure that none of the information ever provided by plaintiff in materials he submitted to the Court or in any correspondence to the FBI could allow the FBI to locate responsive information.  See Hardy Dec. ¶ 21; Fram Dec. ¶¶ 7, 9-10; Del Greco Dec. ¶¶ 3-6.  Despite diligently following up on all of the information in its possession and searching all systems likely to contain responsive information, the FBI has did not locate any responsive records.  See Hardy Dec. ¶ 22; Fram Dec. ¶ 8; Del Greco Dec. ¶ 9.

  8.  FBI does not use names in connection with the storage of DNA information.  See Fram Dec. ¶ 6.

9.  FBI's Laboratory Division conducted a searches of its records using plaintiff's name, a laboratory number (C04-1175) and specimen number (CO–02-0039), and the name of a third person (Ondrea Miller).  See id. ¶¶ 7-10.  This information was either unrecognizable as an FBI identifying number or or employee, and did not lead to the discovery of any responsive information.  Id.

10. FBI has searched all locations likely to contain responsive information, and its search was adequate and reasonable.  See Hardy Dec. ¶ 22; Fram Dec. ¶ 8; Del Greco Dec. ¶ 9.

11. FBI has not located any responsive records.  See Hardy Dec. ¶ 22; Fram Dec. ¶ 8; Del Greco Dec. ¶ 9.

Dated: July 31, 2007.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

 /s/
_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

 /s/
_____
JANE M. LYONS, D.C. Bar # 451737
Assistant United States Attorney
555 4th Street, N.W - Room E4822.
Washington, D.C.  20530
(202) 514-7161
(202) 514-8780 (facsimile)