UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY JAMES MOORE,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**THE NATIONAL DNA INDEX** )<br>**SYSTEM** *et al.*, )<br>)<br>**Defendants.** )<br>_____) | Civil Action No. 06-362 (EGS)<br>Electronic Case Filing |

## **O R D E R**

Upon consideration of the defendants' motion to dismiss and for summary judgment, any opposition thereto, the entire record in this case, the Court finds that the Department of Justice has conducted a reasonable search for information requested by plaintiff and has demonstrated that it is not withholding any responsive information. Accordingly and for good cause shown, it is hereby

**ORDERED** that the Defendants' Motion to Dismiss and For Summary Judgment is **GRANTED**, and it is

**FURTHER ORDERED** that all claims against individual employees of the Department of Justice are dismissed for lack of jurisdiction and failure to state a cognizable claim, and it is

**FURTHER ORDERED** that judgment be entered in favor of the defendant United States Department of Justice on all of plaintiff's claims under the Freedom of Information Act.

This is a final order.

_____
EMMET G. SULLIVAN
United States District Judge

**Copies to:**
**By U.S. Mail:**
**ANTHONY JAMES MOORE**
No. 22547
North Dakota State Penitentiary
P. O. Box 5521
Bismarck, North Dakota 50506-5521


**Through ECF:**
AUSA Jane M. Lyons
jane.lyons@usdoj.gov