IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA WASHINGTON D,C,

**RECEIVED**

**AUG - 3 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANTHONY MOORE PLAINTIFF     )

VS,                         )     Case No. 06-0362

THE NATIONAL DNA INDEX SYSTEM  )
ET,AL, DEFENDANTS              )     PLAINTIFFS MOTION FOR ORDER FOR
                                     SUMMARY JUDGEMENT
                            )

the plaintiff request that the court orders that he be provided with the following DNA records that are in the defendants national DNA index system. of (1) the plaintiffs genotype profile under idenification number C0-02-0039, and (2) a copy of the original DNA results of the testing of the biological evidence involving anthony moore and pamela j norh that was conducted in the year of 2004 under laboratory number C04-1175. see attached exhibit A to this mootion from hope olson the director of the crime laboratory divsion in bismarck, north dakota ms olson concedes that the plaintiff DNA records are in the national DNA index system under idenification number C0-02-0039 the correspondent from ms olson provides:

During a search of the national DNA index system (NDIS) a match occurred between the ND office of the attorney general crime laboratory division case number C04-1175 item 19hib-m and ND office of the attorney general crime laboratory division offender specimen number C0-02-0039

The name of the offender associated with this offender sample is

Anthony moore
DOB: 05/31/1969

Then see attached exhibit B to this motion from ceclia l ferguson Management and program analyst CODIS Unit room 1120 FBI labotatory Quantico, Va. that correspondent provides;

Page 1 of 3

I was given your name by ms betty lyons who i discussed the attached inmate letter with the individual has titled his letter freedom    of information provacy act request and he is requesting his DNA profile he states the profile is in the state of north dakota the F.B.I. would not release this profile to him.

Then see attached exhibit C to this motion from daniel j. metcalfe whereas he has denied the plaintiff access to his DNA records which provides:

I have been informed that you have filed a complaint for judicial review of the action of the F.B.I. in the united states district court for the district of columbia inasmuch as this matter   is now    before the court i am closing your appeal in this office in accordance with 28 C.F.R. 16.9(A)(3) (2006)

The DNA idenification act of 1994 title 42 u.s.c. 14131 and 14132(A) authorizes the director of the federal bureau of investigation to establish an index to and of DNA idenification records north dakota participates in the national DNA index system see the north dakota century code 31-13-05 that conveys establishing a centralized database of DNA idenification records compatible with the procedures set forth in the national DNA index system to ensure data exchange on a national level as required by the north dakota century code 31-13-03 a forensic scientist collected DNA samples from the plaintiff in connection  with his sex base felony conviction and sent them to the state crime laboratory for analysis and to incorporate into the national DNA  index system  see amended complaint at docket entry number 13, the original DNA records under laboratory number C04-1175, involving  anthony moore and pamela j norh  conducted in the year of 2004 are also in the national DNA index system see amended complaint attached exhibit at docket entry number 13, see that unique idenification number C04-1175

Then see page two of that laboratory report that states items 19b thur 19k were placed into a DNA trace packet for analysis of the genetic materials, the plaintiff has presented irrefutable evidence to the court. for all of the reasons the plaintiff request a court order that the defendants provides the plaintiffs with both sets of DNA records that are in their national DNA system, under genotype profile idenification number C0-02-0039 and laboratory number C04-1175,

## NOTICE OF MOTION

take notice that motion for order for summary judgement shall be brought on for hearing in the united states district court in washington d.c. before the assigned judge to and in this case on September 13 2007 at 9'30 a.m. or as soon as may be heard,

_anthony moore_
anthony moore 22547
north dakota state prison
bismarck, north dakota 58506

dated this  /  day of august 2007



**STATE OF NORTH DAKOTA**
## OFFICE OF ATTORNEY GENERAL
STATE CAPITOL
600 E BOULEVARD AVE DEPT 125
BISMARCK, ND 58505-0040
(701) 328-2210   FAX (701) 328-2226
www.ag.state.nd.us

**Wayne Stenehjem**
ATTORNEY GENERAL

**CRIME LABORATORY DIVISION**
2635 EAST MAIN AVE., BOX 937
BISMARCK, ND 58502-0937
TEL. 701-328-6159
TOLL-FREE TEL. 800-296-2054
FAX 701-328-6185

April 10, 2006

Cass County State's Attorney's Office
Attn: Birch Burdick
P.O. Box 2806
Fargo, ND 58108

RE: C04-1175 item 19H1B-M
CO-02-0039

Dear Mr. Burdick:

During a search of the National DNA Index System (NDIS), a match occurred between the ND Office of Attorney General - Crime Laboratory Division's case C04-1175 item 19H1B-M and ND Office of Attorney General - Crime Laboratory Division Convicted Offender Specimen Number CO-02-0039.

The name of the convicted offender associated with this offender sample is:

**Anthony Moore**
DOB:

The match is considered a Conviction Match because Anthony Moore was the individual convicted in the case.

This convicted offender sample was submitted to the ND Office of Attorney General – Crime Laboratory Division by Karen Boelter of the ND State Penitentiary in Bismarck, ND. Her contact number is 701-328-6232.

If the ND Office of Attorney General Crime Laboratory Division can be of any further assistance, please do not hesitate to contact me at 701-328-6159.

Sincerely,

**OFFICE OF ATTORNEY GENERAL
Crime Laboratory Division**

Hope Olson
Director

006

*Exhibit a*

8/31/06

Ms. Julia Eichhorst
FOIPA

Ms. Eichhorst:

    I was given your name by Ms. Betty Lyons who I discussed the attached inmate letter with. The individual has titled his letter freedom of information privacy act request and he is requesting his DNA profile. He states the profile is in the State of North Dakota. The FBI would not release this profile to him. We would refer him to the state laboratory, which in this case would be the North Dakota Department of Health, 2635 East Main Avenue, P.O. Box 937, Bismarck, North Dakota 58502. The person to contact in North Dakota would be the CODIS State Administrator-Ms. Hope Olson at the above address. Her telephone number is 701-328-6168.

    Ms. Lyons said to send this letter to your section for answering since the inmate has titled this a freedom of information privacy act request.

    Thanks for your help.

Cecilia L. Ferguson
Management and Program Analyst
CODIS Unit, Room 1120
FBI Laboratory
Quantico, VA.



Exhibit B



U.S. Department of Justice

Office of Information and Privacy

---

*Telephone: (202) 514-3642*　　　　　　　　　*Washington, D.C. 20530*

**OCT 2 3 2006**

Mr. Anthony James Moore
ND DOC No. 22547
North Dakota State Prison　　　　　　Re:　Appeal No. 06-0860
Post Office Box 5521　　　　　　　　　　　Request No. 1034532
Bismarck, ND 58506-5521　　　　　　　　　BVE:CIH

Dear Mr. Moore:

　　　You appealed from the action of the Federal Bureau of Investigation on your request for access to records pertaining to your DNA analysis results.

　　　I have been informed that you have filed a Complaint for judicial review of the action of the FBI in the United States District Court for the District of Columbia. Inasmuch as this matter is now before the Court, I am closing your appeal file in this Office in accordance with 28 C.F.R. § 16.9(a)(3) (2006).

Sincerely,

Daniel J. Metcalfe
Director

*Exhibit C*



# AFFIDAVIT
## CERTIFICATE OF SERVICE BY MAIL
DEPARTMENT OF CORRECTIONS & REHABILITATION
PRISONS DIVISION
SFN 50247 (Rev. 04-2001)

STATE OF NORTH DAKOTA  )
                       ) SS.
COUNTY OF BURLEIGH     )

The undersigned, being duly sworn under penalty of perjury, deposes and says: I'm over the age of eighteen years and on the __1__ Day of __AUGUST__, 20 __07__, __2007 P__M, I mailed the following:

    motion for order for summary judgement
    affidavit of the plaintiffs
    statement of the material facts.

by placing it/them in a prepaid enveloped, and addressed as follows:

    jane m lyons
    assistant united states attorney
    civil division
    555 4th street n.w. room e48222
    washington d,c, 20530

and depositing said envelope in the Mail, at the NDSP, P.O. Box 5521, Bismarck, North Dakota 58506-5521.

AFFIANT  *anthony moore*
P.O. Box 5521
Bismarck, North Dakota 58506-5521

Subscribed and sworn to before me this _____ day of _____, 20_____.

Notary Public

My Commission Expires On

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA WASHINGTON D,C,

ANTHONY MOORE PLAINTIFF                )

VS,                                     )   Case No, 06-0362
                                        )
THE  NATIONAL DNA INDEX SYSTEM              **MATERIAL FACTS TO SUPPORT THE**
ET,AL, DEFENDANTS                           **PLAINTIFF MOTION FOR ORDER  FOR**
                                        )        **SUMMARY JUDGEMENT**


                                        )

(1) Hope Olson concedes in a correspondent that the plaintiffs requested DNA records are in the national DNA index system see exhibit A attached to the plaintiffs motion for order for summary judgement.

(2) cellia l ferguson concedes that the federal bureau of investigation will not  provide the plaintiff with a copy of his DNA profile genotype that is in their possesssion see exhibit B attached to the palintiffs motion for order for summary judgement.

(3) Daniel j metcalfe concedes in a correspondent to the plaintiff that he will not provide the plaintiff with a copy of his profile genotype DNA records that are in his possesssion. see attached exhibit C to the plaintiffs motion for order for summary judgement,

(4) the national DNA index act of 1994 title 42 u.s.c. 14131 and 14132 authorizes the director of the federal bureau of investigation to establish and maintain the national DNA index system and records.

(5) the north dakota century code states that 31-13-05 allows the state of north dakota to establish a centralized database that is compatible with the procedures set forth in the national DNA index system to ensure data exchange on a national level.


_anthony moore_
anthony moore 22547
north dakota state r prison
bismarck, north dakota 58506-5521


dated this 1 day of august 2007,

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA WASHINGTON D,C,

ANTHONY MOORE PLAINTIFF    )

      VS,                             Case No. 06-0362

                                 )

THE NATIONAL DNA INDEX SYSTEM
ET:AL. DEFENDANTS.                AFFIDAVIT OF ANTHONY MOORE IN SUPPORT
                                        OF HIS MOTION FOR ORDER FOR SUMMARY
                             )                        JUDGEMENT

                             )

county of burleigh
state of north dakota:

i anthony moore of the county of burleigh state of north dakota am competent to testify to the following with personal knowledge:

(1) that anything that was said by me in regards to the alleged rape was said under the hope of a benefit and for self-preservation. nothing else,

(2) that the plaintiff does not even know the alleged victim pamela j norh. nor has the plaintiff had sexual intercourse or raped ms norh.

(3) that the defendants have in their possession both sets of the plaintiffs requested records in their possesion  and national DNA under laboratory number C04-1175 and C0-02-0039,

(4) that the plaintiff does not accept or take responsibility for the crime of which the plaintiff is currently incarcerated for.

(5) that the supplemental report under laboratory number C04-1175 that was conducted in the year of 2006 is false.


*anthony moore* (signature)
anthony moore 22547
north dakota state prison
bismarck, north dakota 58506-5521


dated this / day of august 2007.