UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY JAMES MOORE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 06-362 (EGS) |
| ) | Electronic Case Filing |
| **THE NATIONAL DNA INDEX** ) | |
| **SYSTEM** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## O R D E R

Upon consideration of the plaintiff's motion for summary judgment, defendants' opposition thereto, and the entire record in this case, the Court finds that plaintiff has not shown that he is entitled to judgment as a matter of law. Accordingly, it is hereby

**ORDERED** that the Plaintiff's Motion Summary Judgment is **DENIED**.

_____        _____
Date                                       EMMET G. SULLIVAN
                                                  United States District Judge

**Copies to:**
**By U.S. Mail:**
**ANTHONY JAMES MOORE**
No. 22547
North Dakota State Penitentiary
P. O. Box 5521
Bismarck, North Dakota 50506-5521

**Through ECF:**
AUSA Jane M. Lyons
jane.lyons@usdoj.gov