In The United States District Court, Washington D.C.

Anthony Moore )
  Plaintiff )
 )
  vs. )
 )
The National Dna )
Index System, Defendants )
Et, al. )
 )
 )

RECEIVED

AUG 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case No. 06-0362EGS

Plaintiffs Reply Memorandum To the Defendants Opposition to the Plaintiffs Motion for order for Summary Judgement.

The defendants are caught in a lie, and they have lied to the Court. The Plaintiff has presented irrefutable evidence to the Court. See Exhibits A, B, attached to

Page 1 of 3

The Plaintiffs motion for order for Summary Judgement. Whereas Ms Hope Olson concedes that the National Dna Index System has the plaintiffs dna Records in their system due to a match Occuring under convicted offender identification number CO-02-0039, and CO4-1175, and exhibit B whereas Mrs Cellia L. Ferguson has conceded that the defendants will not release my dna genotype Profile to me. These documents clearly Disproves the defendants contentions That they do not have any of the Plaintiffs dna records in their National Dna Index System. The Defendants argument is Sheer nonsense. The Defendants are asking for Summary Judgement because of their positions Nothing Else. All of the vital Essential information is before the court

Page 2 of 3

and defendants too retrieve those dna Records out of their National Dna Index System that is (1) The Combined Dna Index System (CODIS)(NDIS) is Hope Olson (2) The Combined Dna index System (NDIS) Laboratory is the North Dakota Office of attorney General - Crime Laboratory Division in Bismarck, North Dakota, and (3) The unique CODIS/NDIS Numbers are C04-1175 and C0-02-0039 This is all the information needed to provide the plaintiff with his dna Records in the National Dna Index System. Summary Judgement must be in the Plaintiffs favor based upon the evidence He has presented.

Anthony Moore
North Dakota State Prison
Bismarck, North Dakota 58506

August 20, 2007

Page 3 of 3

*affidavit*

**CERTIFICATE OF SERVICE BY MAIL**
DEPARTMENT OF CORRECTIONS & REHABILITATION
PRISONS DIVISION
SFN 50247 (Rev. 04-2001)

STATE OF NORTH DAKOTA  )
                      ) SS.
COUNTY OF BURLEIGH    )

The undersigned, being duly sworn under penalty of perjury, deposes and says: I'm over the age of eighteen years and on the __20__ Day of __august__, 20__07__, _____ P M, I mailed the following:

*Plaintiffs reply memorandum*

by placing it/them in a prepaid enveloped, and addressed as follows:

*Jane Lyons*
*Civil Division*
*United States assistant attorney*
*555 4th Street, N.W.*
*Washington D.C. 20530*

and depositing said envelope in the Mail, at the NDSP, P.O. Box 5521, Bismarck, North Dakota 58506-5521.

AFFIANT *Anthony Moore*
P.O. Box 5521
Bismarck, North Dakota 58506-5521

Subscribed and sworn to before me this _____ day of _____, 20____.

Notary Public

My Commission Expires On

