IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA WASHINGTON D.C.

ANTHONY MOORE PLAINTIFF )

VS. )   case no. 06-0362

THE NATIONAL DNA INDEX SYSTEM )
DEFENDANTS ET,EL.            MOTION FOR ORDER FOR JUDGEMENT BY
                )            DEFAULT

)

the grounds for this particular motion is that the defendants refuse too
Respond to the plaintiffs motion for order for summary judgement dated
And served upon the defendants on august 1 2007 the deadline to respond
To the plaintiffs motion by the defendants was on august 15 2007. The
Defendants havd not at all done so. therefore they are in sheer default
As for clarification purposes that the plaintiffs motion for summary
Judgement is the plaintiffs response to the defendants motion for order
For summary judgement in any event they have not submitted and filed any
Responses to the plaintiffs motion and response. The plaintiff request
the relief that is asked for in his summary judgement mootion and or in
His amended complaint. both requets the exact same relief.

### NOTICE OF MOTION

take notice that motoion for order for judgement by default shall be
brought on for hearing on september 1 2007 or as soon as may be heard
In the united states district court in washington d.c. before the assign-
ed judge judge to the case.

*anthony Moore*
anthony moore 22547
north dakota state prison

page 1 of 2

Bismarck, north dakota 58506-5521

August 18 2007



**AFFIDAVIT**
**CERTIFICATE OF SERVICE BY MAIL**
DEPARTMENT OF CORRECTIONS & REHABILITATION
PRISONS DIVISION
SFN 50247 (Rev. 04-2001)

STATE OF NORTH DAKOTA )
) SS.
COUNTY OF BURLEIGH )

The undersigned, being duly sworn under penalty of perjury, deposes and says: I'm over the age of eighteen years and on the __18__ Day of __august__, 20__07__, _____M, I mailed the following:

motion for order for judgement by default

by placing it/them in a prepaid enveloped, and addressed as follows:

jane m lyons
assistnt united states attorney
civil division
555 4th street n.w. room E4822
washington d.c. 20530

and depositing said envelope in the Mail, at the NDSP, P.O. Box 5521, Bismarck, North Dakota 58506-5521.

AFFIANT  *anthony Moore*
P.O. Box 5521
Bismarck, North Dakota 58506-5521

Subscribed and sworn to before me this _____ day of _____, 20_____.

Notary Public                          My Commission Expires On