UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANTHONY JAMES MOORE,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**THE NATIONAL DNA INDEX** )<br>**SYSTEM** *et al.*, )<br>)<br>**Defendants.** )<br>_____ ) | Civil Action No. 06-362 (EGS)<br>Electronic Case Filing |

### ORDER

THIS MATTER is before the Court on plaintiff's opposed motion for entry of default judgment against defendants. Based on the motion, the opposition, and the entire record in this case, the Court finds that plaintiff voluntarily dismissed this action on August 30, 2006 prior to service on the defendants. Accordingly, the defendants' obligation to respond never arose, and plaintiff will have to file a new action if he wishes to pursue any of the claims initially filed in this case. Even if not dismissed, plaintiff's motion is also subject to denial because he fails to demonstrate the merits of his claim and the application of the Prisoner Litigation Reform Act, 42 U.S.C. § § 1997e(g)(1). Accordingly, it is hereby

**ORDERED** that plaintiff's motion for default judgment is **DENIED**, and it is further

**ORDERED** that this action be deemed **DISMISSED** pursuant to Rule 41(a) of the Federal Rules of Civil Procedure as of August 30, 2006.

_____    _____
Date                                               EMMET G. SULLIVAN
                                                        United States District Judge

Copies to:

AUSA Jane M. Lyons Through ECF
(jane.lyons@usdoj.gov)


**Through U.S. Mail**
**ANTHONY JAMES MOORE**
Reg. No. 22547
North Dakota State Penitentiary
P. O. Box 5521
Bismarck, North Dakota 50506-5521