In The United States District Court, Washington D.C.

Anthony Moore
Plaintiff

vs.

The National Draw Index System, Defendant

) Case No. 06-0362 EGS
) Plaintiffs Reply
) Memorandum to
) The Defendants
) Opposition to the
) Plaintiffs Motion
) For order for
) Judgement by Default

RECEIVED
SEP 13 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The plaintiff has recieved a copy of the Defendants response opposition to the plaintiffs Motion for order for Summary Judgement after the deadline for their response, and after the plaintiff has mailed his Motion For order for Judgement by Default. Since This is so, this negates the plaintiffs Motion For order for Judgement by default. However the Plaintiff request that the Court rules on his Motion for order for Summary Judgement as well as the defendants Motion for Summary Judgement Immediately for all

Page 1 of 2

Parties have filed their response, and Replies to both seperate Motions all that is required is a ruling on those Motions By the Court. The plaintiff request that the Court rules on all motions for Summary Judgement. (Plaintiff's, and Defendant's) Today.

Anthony Moore
North Dakota State Prison
Bismarck, North Dakota 58506

September 10, 2007

Page 2 of 2

*affidavit*



**CERTIFICATE OF SERVICE BY MAIL**
DEPARTMENT OF CORRECTIONS & REHABILITATION
PRISONS DIVISION
SFN 50247 (Rev. 04-2001)

STATE OF NORTH DAKOTA    )
                         ) SS.
COUNTY OF BURLEIGH       )

The undersigned, being duly sworn under penalty of perjury, deposes and says: I'm over the age of eighteen years and on the __10__ Day of __September__, 20_07_, _____ P M, I mailed the following:

Plaintiff's Reply memorandum.

by placing it/them in a prepaid enveloped, and addressed as follows:

Jane M. Lyons
Assistant United States Attorney
Civil Division
555 4th Street, N.W. - Room E4822
Washington D.C. 20530

and depositing said envelope in the Mail, at the NDSP, P.O. Box 5521, Bismarck, North Dakota 58506-5521.

AFFIANT _Anthony Moore_
P.O. Box 5521
Bismarck, North Dakota 58506-5521

Subscribed and sworn to before me this _____ day of _____, 20_____.

| Notary Public | My Commission Expires On |
|---|---|
|  |  |