Clerk of Court,
United States District Court
333 Constitution Avenue
Washington D.C, 20001

Case No. 06-0362 EGS     Moore v. United States Et. al,

Dear Clerk of Court: The plaintiff (Anthony Moore) request a ruling on both of the plaintiffs and defendants motions for order for summary judgment. both parties have submitted and filed our responses and replies to the motions. all that is needed is a ruling by the court therefore present both motions to the judge as well as this request, upon the court's decision inform me promptly. Thank You Great Day.

Sincerely,

Anthony Moore
North Dakota State Prison
Bismarck, North Dakota 58506

RECEIVED
NOV 26 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

November 23, 2007