UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANTHONY JAMES MOORE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>NATIONAL DNA INDEX SYSTEM, *et al.* )<br>)<br>Defendants. )<br>_____) | Civil Action No.  06-0362 (EGS)<br>Document Nos.   25, 28, 30, 34 36 |

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that defendants' motion for summary judgment [Dkt. No. 28] is GRANTED; it is

FURTHER ORDERED that plaintiff's cross motion for summary judgment [Dkt. No. 30] is DENIED; it is

FURTHER ORDERED that all other pending motions [Dkt. Nos. 25, 34, 36] are DENIED as moot; and it is

FURTHER ORDERED that judgment is entered for the defendants.  This is a final appealable Order.


DATE: December 19, 2007                    SIGNED: EMMET G. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE