In The United States
District Court for the District
of Columbia, Washington
D.C.

Anthony Moore, Plaintiff
Appellant,

v.

The National Draw Video
System, Et. al., Defendants
Appellees.

Case No. 06-0362 EGS

RECEIVED
JAN 4 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Notice of appeal.

Notice is hereby given that the plaintiff Anthony Moore in the above named case, hereby appeal to the United States Court of appeals for the District of Columbia in Washington D.C. from the final

Page 1 of 2

order and judgment granting the defendants motion for order for summary judgment and denying the plaintiffs motion for order for summary judgment entered in this action on December 19, 2007. The issues are (1) Whether the District Court abused its discretion or erred by granting the defendants motion for order for summary judgment and denying the plaintiffs motion for order for summary judgment instead. (2) Whether the District Court abused its discretion or deprived the plaintiff of due process by not filing his pleadings and attached exhibits.

Anthony Moore
North Dakota State Prison
Bismarck, North Dakota 58506

December 28, 2007