AO 240 (Rev. 6/86) Application to Proceed

# United States District Court

Anthony Moore
appellant.
v.
The National DNA Index System Et, al.
appellees

DISTRICT OF Columbia

**APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER**

CASE NUMBER: 06-0362

I, Anthony-Moore, declare that I am the (check appropriate box)

☒ petitioner/plaintiff        ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant    ☐ _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows: (1) Whether the District Court abused its descretion or erred by denying the plaintiffs motion for order for summary judgment and granting the defendants motion instead (2) Whether the District Court abused its discretion by not filing the plaintiffs pleadings.

In further support of this application, I answer the following questions.

1. Are you presently employed?    Yes ☐    No ☒

    a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

    b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?

    a. Business, profession or other form of self-employment    Yes ☐    No ☒
    b. Rent payments, interest or dividends?    Yes ☐    No ☒
    c. Pensions, annuities or life insurance payments?    Yes ☐    No ☒
    d. Gifts or inheritances?    Yes ☐    No ☒
    e. Any other sources?    Yes ☐    No ☒

RECEIVED
JAN 4 - 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐   No ☒   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   No one

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _December 28, 2007_   _Anthony Moore_
                (Date)                  Signature of Applicant

## CERTIFICATE
### (Prisoner Accounts Only)

spending I certify that the applicant named herein has the sum of $ __.02__ on account to his credit at the __North Dakota State Penitentiary__ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: __-0- Release Aid Account__

I further certify that during the last six months the applicant's average spending balance was $ __0__

_Tamera J. Schroeder_, Account Tech II   12-31-07
Authorized Officer of Institution

## ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____ _____ <br> United States Judge   Date | _____ _____ <br> United States Judge    Date <br> or Magistrate |

# NDSP BISMARCK
## Inmate Financial Management

Period Covered:
7/1/2007 to 12/31/2007

| Inmate Number: 22547 | MOORE, ANTHONY J | Location: NDSP - AS - 1W |
|---|---|---|

Printed 12/31/2007 at 12:40:54PM

### Beginning Balances as of 7/1/2007:

| Spending Acct | + | Release Aid | - | Debt | = | Account Balance |
|---|---|---|---|---|---|---|
| 0.00 | | 0.00 | | 128.81 | | -128.81 |

### Account activity:

| Date | Time | Transaction | Description | Amount | Spending Acct | Debt | Release Aid |
|---|---|---|---|---|---|---|---|
| 8/2/2007 | 1:28 pm | NEG ADJ | WALMART-BOSTON CLEANER & SOLUTION-IN | 0.00 | 0.00 | 128.81 | 0.00 |
| 12/6/2007 | 9:01 am | PMED COPAY | 13326 MED CO PAY | 3.00 | 0.00 | 131.81 | 0.00 |
| 12/26/2007 | 1:21 pm | POS ADJ | 254798 HOLIDAY GIFT CERT. COMM COUPON | 5.00 | 5.00 | 131.81 | 0.00 |
| 12/27/2007 | 11:21 am | EPR | OID:10008760 2-ComisaryPurch-Reg | -4.98 | 0.02 | 131.81 | 0.00 |

### Resulting Balances

### Ending Balances as of 12/31/2007:

| Spending Acct | + | Release Aid | - | Debt | = | Account Balance |
|---|---|---|---|---|---|---|
| 0.02 | | 0.00 | | 131.81 | | -131.79 |

Page 1 of 1

25920P01-00001 rev 01