Clerk of Court
United States District Court
333 Constitution Avenue N.W.
Washington, D.C. 20001

Case No. 06-0362 EGS

RECEIVED
JAN 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Clerk of Court: The (appellant Anthony Moore) request a ruling on his Motion for order to appeal in forma pauperis today, therefore present that motion to Judge Sullivan today, upon his decision inform the appellant promptly. Thank You. Great Day.

Sincerely,
Anthony Moore
North Dakota State Prison
Bismarck, North Dakota
58506-5521

January 8, 2008