United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT



**No. 08-5001**  **September Term, 2007**

06cv00362

Filed On:

Anthony James Moore,
    Appellant

v.

National DNA Index System, et al.,
    Appellees

```
UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED   JAN - 9 2008

             CLERK
```

### ORDER

    Because appellant has not paid the appellate docketing fee in this case, and the District Court received appellant's motion for leave to proceed on appeal in forma pauperis on January 4, 2008, it is

    **ORDERED**, that this case be held in abeyance pending resolution by the district court of appellant's motion. It is

    **FURTHER ORDERED**, on the court's own motion, that by February 8, 2008, appellant must submit to **this court** the Prisoner Consent to Collection of Fees Form and the Prisoner Trust Account Report. See Attachments. Appellant's failure to respond to this order, will result in dismissal of the appeal for lack of prosecution. See D.C. Cir. Rule 38.

    The Clerk is directed to transmit a copy of this order to the district court. The district court is directed to notify this court immediately upon disposition of appellant's motion. The Clerk is further directed to send a copy of this order to appellant by whatever means necessary to ensure receipt.

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

                             BY:
                                               Elizabeth V. Scott
                                             Deputy Clerk

Attachments:
    (1)    Consent to Collection of Fees Form
    (2)    Prisoner Trust Account Report
    (3)    Prison Reform Litigation Act Informational Letter