UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANTHONY JAMES MOORE,                    )
                                        )
                    Plaintiff,          )
                                        )
            v.                          )        Civil Action No.  06-0362 (EGS)
                                        )        Document No.    40
                                        )
NATIONAL DNA INDEX SYSTEM, *et al.*     )
                                        )
                    Defendants.         )
_____)

ORDER

It is hereby

ORDERED that plaintiff's motion to proceed *in forma pauperis* on appeal [Dkt. No. 40]

is GRANTED.  The Clerk is directed to transmit this order immediately to the appellate court.


DATE: January 28, 2008                  SIGNED: EMMET G. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE